B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Southern District of Alabama

In re City of Prichard, Alabama , Case No. 09-15000
    Debtor                                  Chapter 9

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Allied Waste Service #986<br>3720 Varner Drive<br>Mobile, Alabama 36693-5646 | | | | $98,751.43 |
| Mobile County Health Department<br>Post Office Box 2867<br>Mobile, Alabama 36652-2867 | | | | $90,672.00 |
| Alabama Municipal Insurance Co.<br>110 North Ripley Street<br>Montgomery, AL 36104 | | | | $86,049.57 |
| Mobile Asphalt Co.<br>P.O. Box 190279<br>Mobile, AL 36619 | | | | $64,198.36 |
| Blue Cross Blue Shield<br>P.O. Box 360037<br>Birmingham, AL 36236-0037 | | | | $54,903.66 |
| Alabama Power Co.<br>P.O. Box 105090<br>Atlanta, GA 30348-5090 | | | | $50,847.85 |

B4 (Official Form 4) (12/07)4 -Cont.

In re City of Prichard, Alabama , Case No. 09-15000
Debtor          Chapter 9

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mobile County Personnel Board<br>1809 Government St<br>Mobile, AL 36602 | | | | $43,740.74 |
| Mobile County EMA<br>348 N. McGregor Ave<br>Mobile, AL 36608 | | | | $42,500.00 |
| Prichard Water and Sewer<br>125 E. Clark Ave<br>Prichard, AL 36610-0455 | | | | $30,321.04 |
| Alabama Dept Industrial Relations<br>649 Monroe St<br>Montgomery, AL 36130 | | | | $27,087.72 |
| James Woodard<br>1145 South Perry St.<br>Montgomery, AL 36104 | | | | $20,000.00 |
| South Alabama Regional PL<br>P.O. Box 1665<br>Mobile, AL 36633 | | | | $17,639.00 |

In re City of Prichard, Alabama , Case No. 09-15000
Debtor  Chapter 9

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Deltacom<br>P.O. Box 740597<br>Atlanta, GA 30374-0597 | | | | $12,711.01 |
| Martin Marrietta Aggregations<br>P.O. Box 75328<br>Charlotte, NC 28275 | | | | $12,101.72 |
| Volkert & Associates<br>3809 Moffett Road<br>Mobile, AL 36618 | | | | $8,610.00 |
| Integrated Waste<br>P.O. Box 1806<br>Pelham, AL 36124 | | | | $8,283.11 |
| Alabama League of Municipalities<br>P.O. Box 1270<br>Montgomery, AL 36102 | | | | $6,705.08 |
| Bay Area Services<br>7701 Marty Drive<br>Mobile, AL 36695 | | | | $6,180.00 |

Oct 27 09 04:26p
p.2

B4 (Official Form 4) (12/07)4 -Cont.

In re  City of Prichard, Alabama  
           Debtor

Case No.  09-15000  
Chapter    9

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Meyercord Co<br>365 E North Ave<br>Carol Stream, IL 60188-2088 | | | | $5,475.60 |
| Alabama Department of Transportation<br>1409 Coliseum Boulevard<br>Montgomery, AL 36130-3050 | | | | $3,385.72 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Ron Davis, Mayor of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 10/27/09           Signature: _____

Ron Davis, Mayor  
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.