Allied Waste Service #985
3720 Varner Drive
Mobile, Alabama 36693-5646

Alabama Municipal Insurance Co.
110 North Ripley Street
Montgomery, AL 36104

Mobile Asphalt Co.
P.O. Box 190279
Mobile, AL 36619

Blue Cross Blue Shield
P.O. Box 360037
Birmingham, AL 36236-0037

Alabama Power Co.
P.O. Box 105090
Atlanta, GA 30348-5090

Mobile County Personnel Board
1809 Government Street
Mobile, AL 36602

Mobile County EMA
348 N. McGregor Ave
Mobile, AL 36608

Prichard Water and Sewer
125 Monroe Street
Montgomery, AL 36130

James Woodard
1145 South Perry Street
Montgomery, AL 36104

South Alabama Regional Planning Commission
P.O. Box 1665
Mobile, AL 36633

Deltacom
P.O. Box 740597
Atlanta, GA 30374-0597

Martin Marietta Aggregations
P.O. Box 65328
Charlotte, NC 28275

Volkert & Associates
3809 Moffett Road
Mobile, AL 36618

Integrated Waste
P.O. Box 1806
Pelham, AL 36124

Alabama League of Municipalities
P.O. Box 1270
Montgomery, AL 36102

Bay Area Services
7701 Marty Drive
Mobile, AL 36995

Meyercord Co.
365 E North Avenue
Carol Stream, IL 60188-2083

Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36130-3050

Mobile County Health Department
P.O. Box 2867
Mobile, AL 36652-2867

Alabama Dept. of Industrial Relations
649 Monroe St.
Montgomery, AL 36130