B6D (Official Form 6D) (12/07)

In re  City of Prichard, Alabama                                    ,    Case No. 09-15000
                        **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Colonial Pacific Leasing Corporation<br>2208 Highway 121<br>Bedford, TX 76201 | | | 30 Golf Carts - Duplicates Colonial Pacific Leasing Corporation for justification papers<br>―――――――<br>VALUE $0.00 | | X | | 91,500.00 | 91,500.00 |
| ACCOUNT NO.<br>Commonwealth National Bank<br>P.O. Box B<br>Mobile, AL 36601 | | | Mortgage<br>Mortgage on Real Estate<br>―――――――<br>VALUE $0.00 | | X | | 200,000.00 | 0.00 |
| ACCOUNT NO.<br>GE Capital<br>P.O. Box 6229<br>Carol Stream, IL 60197-6229 | | | 30 Golf Carts - Duplicates Colonial Pacific Leasing Corporation for justification papers<br>―――――――<br>VALUE $0.00 | | X | | 91,500.00 | 91,500.00 |
| ACCOUNT NO.<br>GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680-2585 | | | Toro Mower<br>―――――――<br>VALUE $0.00 | | X | | 10,469.76 | 10,469.76 |

_1_  continuation sheets attached

Subtotal Ø
(Total of this page)            $ 393,469.76    $ 193,469.76

Total Ø
(Use only on last page)         $               $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case 09-15000    Doc 27    Filed 11/09/09    Entered 11/09/09 12:51:48    Desc Main
                          Document     Page 1 of 2

**B6D (Official Form 6D) (12/07)- Cont.**

In re **City of Prichard, Alabama**,     Case No. **09-15000**
**Debtor**     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Regions Bank <br> Commercial Loans Dept 2521 <br> P.O. Box 2153 <br> Birmingham, AL 35287-2521 | | | Equipment related to Paint Booth Down Draft System <br><br> VALUE $0.00 | | | | 120,661.53 | 120,661.53 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ø
(Total of this page)  $ **120,661.53**  $ **120,661.53**

Total ø
(Use only on last page)  $ **514,131.29**  $ **314,131.29**

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)