B6G (Official Form 6G) (12/07)

In re:   City of Prichard, Alabama                              ,  Case No.  __09-15000_____
                              Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Air Comfort Company**<br>3074 Moffett Rd<br>Mobile, AL 36618 | **Air Condition Repair Services** |
| **Alabama Dept Industrial Relations**<br>649 Monroe St<br>Montgomery, AL 36130 | **Unemployment Insurance** |
| **Alabama Municipal Insurance Co.**<br>110 North Ripley Street<br>Montgomery, AL 36104 | **Insurance** |
| **Alabama Power Co.**<br>P.O. Box 105090<br>Atlanta, GA 30348-5090 | **Utilities - Electricity Contract** |
| **Alfa Home Alarm Company**<br>P.O. Box 81522<br>Mobile, AL 36689-1522 | **Monthly Monitoring Contract** |
| **Allied Waste Service #986**<br>3720 Varner Drive<br>Mobile, Alabama 36693-5646 | **Trash  pick up contract** |
| **AT&T Communications**<br>P.O. Box 79045<br>Baltimore, MD 60572-8212 | **Repair Contract** |
| **Bay Area Services**<br>7701 Marty Drive<br>Mobile, AL 36695 | **Web Site Contract** |

In re:   City of Prichard, Alabama                        ,        Case No.   09-15000
                              **Debtor**                                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bay Paper Company**<br>1 Bay Paper Drive<br>Mobile, AL 36607 | **Paper and Cleaning Supplies** |
| **Bay Shore Fluid Power**<br>3701 Government Blvd<br>Mobile, AL 36693 | **Services performed for Public Works** |
| **Blue Cross Blue Shield**<br>P.O. Box 360037<br>Birmingham, AL 36236-0037 | **Health Insurance** |
| **Board of School Commissioners**<br>P.O. Box 180039<br>Mobile, AL 36618 | **Public Safety Lease** |
| **Business Comm Distributor**<br>2301 Perimeter Rd<br>Mobile, AL 36615-1135 | **Telephone Equipment Lease** |
| **Cellular South**<br>P.O. Box 519<br>Meadville, MS 39653-0519 | **Cell Phone** |
| **CIT Technology Financial Services,**<br>21146 Network Place<br>Chicago, IL 60673-1211 | **Copier Lease** |
| **Comcast Cable**<br>P.O. Box 105257<br>Atlanta, GA 30348-5257 | **Utilities - Public Safety** |

B6G (Official Form 6G) (12/07) -Cont.

In re: City of Prichard, Alabama, Case No. 09-15000
 Debtor (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cunningham's Lawn Service**<br>336 Snyder Drive<br>Prichard, AL 36610 | **Lawn Care Contract for City Hall** |
| **Deltacom**<br>P.O. Box 740597<br>Atlanta, GA 30374-0597 | **Utilities - Phone** |
| **Dish Network**<br>Dept 0063<br>Palatine, IL 60055-0063 | **Utilities - Community Center** |
| **Fort Dearborn Life Insurance**<br>1020 31st Street<br>Downers Grove, IL 60515-5591 | **Life Insurance** |
| **Government Finance Officers Associa**<br>57 Blue Pine Lane<br>Wetumpka, AL 36093 | **Finance Training** |
| **Ikon Financial Services**<br>P.O. Box 740540<br>Atlanta, GA 30374-0540 | **Copier Lease** |
| **Ikon Office Solutions**<br>P.O. Box 532530<br>Atlanta, GA 30353-2530 | **Copier Maintenance Agreement** |
| **Infoprint (Formerly IBM)**<br>P.O. Box 644225<br>Pittsburgh, PA 15264-4225 | **Ricoh Printer Maintenance Agreement** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re: City of Prichard, Alabama , Case No. 09-15000
                Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Integrated Waste**<br>P.O. Box 1806<br>Pelham, AL 36124 | **Landfill Contract** |
| **Kelly's Exterminating Service**<br>P.O. Box 519<br>Saraland, AL 36571 | **Pest Control Contract** |
| **Martin Marrietta Aggregations**<br>P.O. Box 75328<br>Charlotte, NC 28275 | **Building material for Public Works** |
| **Mirasoft, Inc.**<br>340-2 Travis Blvd #164<br>Fairfield, CA 94533 | **Financial Software Maintenance Agreement** |
| **Mobile Asphalt Co.**<br>P.O. Box 190279<br>Mobile, AL 36619 | **Building Material for Public Works** |
| **Mobile County Commission**<br>205 Government St<br>Mobile, AL 36644 | |
| **Mobile County Health Department**<br>Post Office Box 2867<br>Mobile, Alabama 36652-2867 | **Telephone Equipment Lease** |
| **Mobile County Personnel Board**<br>1809 Government St<br>Mobile, AL 36602 | |

B6G (Official Form 6G) (12/07) -Cont.

In re: City of Prichard, Alabama, Case No. 09-15000
   Debtor                                         (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mobile Gas Service Corporation**<br>P.O. Box 2248<br>Mobile, AL 36652-2248 | **Utilities - Gas** |
| **Municipal Workman Compensation Fund**<br>P.O. Box 1270<br>Montgomery, AL 36102 | **Workman's Compensation Insurance** |
| **O'Reilly**<br>P.O. Box 790098<br>St. Louis, MO 63179-0098 | **Automotive Parts** |
| **Patterson Starter**<br>118 Park Drive<br>Saraland, AL 36571 | **Parts and Services for Fire Department** |
| **Payne Environmental Services**<br>7320 Hitt Road<br>Mobile, AL 36685 | **Storm Water Testing** |
| **Pepco**<br>P.O. Box 826<br>Mobile, AL 36652 | **Fuel Services** |
| **Platinum Plus for Business**<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | **Credit Card Agreement** |
| **Prichard Public Library Board**<br>300 Lovejoy Loop West<br>Prichard, AL 36610-3952 | |

In re: City of Prichard, Alabama ,  Case No. 09-15000
Debtor (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Prichard Water and Sewer**<br>125 E. Clark Ave<br>Prichard, AL 36610-0455 | **Utilities - Water** |
| **Rayco Supply**<br>808 Executive Park Drive<br>Mobile, AL 36606 | |
| **Reliable Lawn Service**<br>4615 Michael Dr.<br>Eight Mile, AL 36613 | **Lawn Service Agreement** |
| **South Alabama Regional PL**<br>P.O. Box 1665<br>Mobile, AL 36633 | |
| **Southernlinc Wireless**<br>P.O. Box 931581<br>Atlanta, GA 31193-1581 | **Cell Phone Contract** |
| **Spencer Merriweather**<br>10122 Tarawood Court<br>Mobile, AL 36695 | |
| **Spoon Professional Landscaping**<br>3650 St. Stephens Rd<br>Whistler, AL 36612 | **Landscaping Contract for Park** |
| **Sprint Nextel Partners**<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | **Cell Phone Partners** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re: City of Prichard, Alabama , Case No. 09-15000
                      Debtor                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Verizon Wireless**<br>1141 Montlimar Dr #1004<br>Mobile, AL 36609 | **Cell Phone Contract** |
| **Volkert & Associates**<br>3809 Moffett Road<br>Mobile, AL 36618 | **Engineering Services** |
| **Wesco**<br>940 M.L. King Dr.<br>Prichard, AL 36610 | **Oxygen for Fire Department and Public Works** |
| **Xerox Corporation**<br>P.O. Box 650361<br>Dallas, TX 75265-0361 | **Copier Lease** |