| | | |
|---|---|---|
| David Hale<br>906 Semler Street<br>Prichard, AL 36610 | Joshua West<br>5120 Pineview Lane<br>Mobile, AL 36608 | Paul Campbell |
| Tara A. Williams<br>370 West Street<br>Mobile, AL 36604 | Aaron Murie Tucker<br>5713 Foxfire Lane<br>Mobile, AL 36618 | Abraham Jones<br>626 S. Williams Street<br>Prichard, AL 36610 |
| Air Comfort Company<br>3074 Moffett Rd<br>Mobile, AL 36618 | Alabama Department of Transportatio<br>1409 Coliseum Boulevard<br>Montgomery, AL 36130-3050 | Alabama Dept Industrial Relations<br>649 Monroe St<br>Montgomery, AL 36130 |
| Alabama League of Municipalities<br>P.O. Box 1270<br>Montgomery, AL 36102 | Alabama Municipal Insurance Co.<br>110 North Ripley Street<br>Montgomery, AL 36104 | Alam Yarborough<br>15 S. 20th Street<br>Birmingham, AL 35203 |
| Albert Pledger<br>1625 E. Faure Drive<br>Mobile, AL 36605 | Aletha V. Gurley<br>3577 Dauphine Island Parkway<br>Mobile, AL 36605 | Alfa Home Alarm Company<br>P.O. Box 81522<br>Mobile, AL 36689-1522 |
| Alfred J. Arnold<br>911 Summerville Street<br>Mobile, AL 36617 | Alabama Power Co.<br>P.O. Box 105090<br>Atlanta, GA 30348-5090 | Allied Waste Service #986<br>3720 Varner Drive<br>Mobile, Alabama 36693-5646 |
| Almus Williams<br>9200 I-10 Service Road<br>Irvington, AL 36544 | Anders, et al (Pensioners)<br>c/o Robert J. Hedge<br>P.O. Box 2232<br>Mobile, AL 36652 | Andrew G. Hildreth<br>5457 Racine Ave.<br>Mobile, AL 36618 |
| Andrew L. Stubbs<br>111 N. Craft Hwy Apt A<br>Chickasaw, AL 36611 | Angela M. Galloway<br>298 Capt. Leon Roberts<br>Prichard, AL 36610 | Angela Scott<br>c/o P. Dean Waite, Jr.<br>301 St. Louis Street<br>Mobile, AL 36602 |
| Angelo R. Sullivan<br>4775 N. Campanella Dr<br>Theodore, AL 36582 | Animal Care Equipment & Service<br>3075 75th St. #2<br>Boulder, CO 80301 | Anita A. Sellers<br>5064 Old Citronelle Hwy<br>Eight Mile, AL 36613 |
| Ann Finkley<br>1817 Lucky Avenue<br>Mobile, AL 36617 | Anthony F. Daniels<br>1732 Grace Avenue<br>Eight Mile, AL 36613 | Antonio D. McNeil<br>1602 Ace St.<br>Prichard, AL 36610 |
| Elizabeth Winkles<br>124 Idlewood Drive<br>Chicksaw, AL 36611 | Arnette Gaddy<br>P.O. Box 457<br>Satsuma, AL 36572 | Arthur R. Davis<br>16914 Bridadoon Trail<br>Gulf Shores, AL 36542 |

| | | |
|---|---|---|
| AT&T Communications<br>901 Chestnut Street<br>Room 39-N-13<br>St. Louis, MO 63101-3099 | AT&T Communications<br>P.O. Box 79045<br>Baltimore, MD 60572-8212 | Austin D. Lesinger<br>11801 Balsam Court<br>Spanish Fort, AL 36575 |
| Barbara Patterson<br>c/o Jeffry N. Gale<br>917 Western American Circle<br>Suite 205<br>Mobile, AL 36609 | Barbara W. Dreaden<br>547 N. Shelton Beach Road<br>Eight Mile, AL 36613 | Bay Area Services<br>7701 Marty Drive<br>Mobile, AL 36695 |
| Bay Paper Company<br>1 Bay Paper Drive<br>Mobile, AL 36607 | Bay Shore Fluid Power<br>3701 Government Blvd<br>Mobile, AL 36693 | BBGR Investors Li, LLC<br>P.O. Box 666<br>Wilmette, IL 60091 |
| Benard Lumpkin<br>4671 Airport Blvd<br>Mobile, AL 36608 | Benjamin Hall<br>6575 Haggerty Lane<br>Eight Mile, AL 36613 | Bernadette B. Dubose<br>2434 Brewton Ave.<br>Mobile, AL 36617 |
| Bernadette E. Jones<br>119 West Allenby Street<br>Prichard, AL 36610 | Bernadette M. Ransom<br>440-E R.V. Brown Drive<br>Whistler, AL 36612 | Bessie Turner |
| Betty C. Henton<br>11650 Howells Ferry Road<br>Sejmes, AL 36575 | Betty J. Fitzgerald<br>927 Grant Park Drive<br>Mobile, AL 36606 | Betty M. McInnis<br>P.O. Box 13372<br>Eight Mile, AL 36613 |
| Beverly H. Carroll<br>5656 Bay La Launch Ave<br>Orange Beach, AL 36561 | Beverly Walters<br>4512 Golfway Drive<br>Eight Mile, AL 36613 | Billy R. Williamson<br>P.O. Box 13016-0016<br>Mobile, AL 36663 |
| Birdeen W. Donald<br>4372 Shady Bend Drive<br>Dallas, TX 75244 | Blue Cross Blue Shield<br>P.O. Box 360037<br>Birmingham, AL 36236-0037 | Board of Adjustments<br>P.O. Box 10427<br>Mobile, AL 36610 |
| Board of Pensions<br>P.O. Box 10427<br>Mobile, AL 36610 | Board of School Commissioners<br>P.O. Box 180039<br>Mobile, AL 36618 | Bobby R. Murray<br>209 July Ave<br>Prichard, AL 36610 |
| Bobby Ransom | Brandy F. Robinson<br>1801 Hold Rd., Apt 609<br>Mobile, AL 36617 | Brenda C. Nettles<br>P.O. Box 276<br>Creola, AL 36525 |
| Business Communication<br>Distributor<br>2301 Perimeter Road<br>Mobile, AL 36615 | Caranell B. Lott<br>201 Cottsford Drive SW<br>Atlanta, GA 30331 | Carl C. Cannon<br>112 Mauvilla Dr.<br>Chickasaw, AL 36611 |

| | | |
|---|---|---|
| Carol D. Hughes<br>1300 Forest Dell Road<br>Mobile, AL 36618 | Carrie B. Williams<br>704 Easterling Street<br>Prichard, AL 36610 | Cedric E. Nettles<br>1104 Peabody Drive<br>Mobile, AL 36618 |
| Cellular South<br>P.O. Box 519<br>Meadville, MS 39653-0519 | Charles B. Phillips<br>530 W Scott Drive<br>Saraland, AL 36671 | Charles Gallegher Kennedy<br>5704 Shain Street<br>Mobile, AL 36609 |
| Charles H. Wilkinson<br>5690 Dogwood Trail<br>Eight Mile, AL 36613 | Charnel W. Currie<br>531 Bayou Sara Ave<br>Saraland, AL 36571 | Chastity L. Harper<br>2707 Ralston Road<br>Mobile, AL 36606 |
| Chester Carlisle<br>4381 Gregg Court<br>Semmes, AL 36575 | CIT Technology Financial Services,<br>21146 Network Place<br>Chicago, IL 60673-1211 | Clayton J. Horton<br>6833 Smithtown Road<br>Eight Mile, AL 36613 |
| Clement Fenderson<br>12401 Branson Road<br>Mobile, AL 36695 | Clifton Lambert<br>6128 Palomino Drive<br>Mobile, AL 36693 | Colonial Pacific Leasing Corporatio<br>2208 Highway 121<br>Bedford, TX 76201 |
| Comcast Cable<br>P.O. Box 105257<br>Atlanta, GA 30348-5257 | Commonwealth National Bank<br>P.O. Box B<br>Mobile, AL 36601 | Companion Veterinary Hospital<br>825 N. Martin Luther King, Jr. Dr.<br>Mobile, AL 36610 |
| Connie Mabins Smith<br>P.O. Box 10213<br>Prichard, AL 36610 | Corey L. Delafosse<br>1017 Joaneen Drive<br>Saraland, AL 36571 | Cornelious Sylvester<br>131 Love Joy Loop<br>Prichard, AL 36610 |
| Cornuis Griggs<br>262 Geronimo Street<br>Chickasaw, AL 36611 | Courtney M. Major<br>4706 August Drive<br>Eight Mile, AL 36613 | Cunningham's Lawn Service<br>336 Snyder Drive<br>Prichard, AL 36610 |
| Cynthia Norwood<br>12191 McFarland Road<br>Chunchula, AL 36251 | Daisy Spraglin<br>1509 Gaynor Street<br>Mobile, AL 36605 | Daniel Clark, Jr.<br>c/o Krystal Clark<br>5669 Woodchase Circle E<br>Theodore, AL 36582 |
| Daniel L. Goldman<br>5654 Dogwood Trail<br>Eight Mile, AL 36613 | Daniel R. Prince<br>4273 Vega Drive<br>Mobile, AL 36693 | Darlene P. Campbell<br>145 Ed Lawrence Road<br>Lucedale, MS 39452 |
| Darlene P. Lewis<br>1579 E. Octavia Drive<br>Mobile, AL 36605 | Darrin O. Clark<br>5019 Presley Road<br>Eight Mile, AL 36613 | David Anders<br>2473 Rothfield Place<br>Mobile, AL 36605 |

| | | |
|---|---|---|
| David V. Vaughns<br>901 West Main Street<br>Prichard, AL 36610 | Deborah Kim Studdard | Deborah Reynolds<br>5625 Dogwood Trail<br>Eight Mile, AL 36613 |
| Delores T. Lawson<br>1608 Van Dorn Street<br>Mobile, AL 36605 | Deltacom<br>P.O. Box 740597<br>Atlanta, GA 30374-0597 | Dennis Buxton<br>68 11th Ave.<br>Mobile, AL 36605 |
| Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | DMA Supply, L.L.C.<br>1125 Corporate Dr. N.<br>Suite 209<br>Mobile, AL 36607 | Don E. Rodgers<br>207 Hilcrest Road<br>Apartment #103<br>Mobile, AL 36608 |
| Donna M. Hobson<br>458 Dexter Ave.<br>Mobile, AL 36604 | Doris M. Taylor<br>418 W Main Street<br>Pricharad, AL 36610 | Doris W. Lassiter<br>4576 Cana Circle W<br>Mobile, AL 36619 |
| Dorothy A. Ferrell<br>4712 Henry Road<br>Eight Mile, AL 36613 | Dorothy H. Boutwell<br>3835 Highland Road<br>Eight Mile, AL 36613 | Dorothy Hackworth<br>6950 Remington Drive<br>Mobile, AL 36618 |
| Dorothy Ketchum<br>2901 Jarrell Drive<br>Eight Mile, AL 36613 | Dorothy M. Gipson<br>3651 Sprucewood Lane Apt 34A<br>Mobile, AL 36608 | Dorothy S. McKenna<br>136 Mathieson Ave<br>Saraland, AL 36571 |
| Dwight L. King<br>825 Owens Street<br>Prichard, AL 36610 | Dynell York<br>511 Ramona St.<br>Prichard, AL 36610 | Earl Casher<br>1908 Main Street<br>Mobile, AL 36617 |
| Earline Leachman<br>5738 Jarrett Road<br>Eight Mile, AL 36613 | Earline Martin Harris<br>P.O. Box 10763<br>Prichard, AL 36610 | Eddie Hunter, Jr.<br>1205 Stewart Road<br>Mobile, AL 36605 |
| Eddie Jones<br>c/o Martin M. Poynter<br>P.O. Box 235<br>Mobile, AL 36601 | Eddie Lee Jones<br>5520 Vanderbilt Drive N.<br>Mobile, AL 36608 | Edgar D. Mosley<br>649 Powell Cuf-Off Road<br>Leroy, AL 36548 |
| Edgar G. Matt, Jr.<br>First Alabama Bank<br>P.O. Box 2527<br>Mobile, AL 36622 | Edgar L. Holmes<br>2164 N. General Gorgas Dr.<br>Mobile, AL 36617 | Edith Sumlin<br>222 N. Leeds Ave.<br>Whistler, AL 36612 |
| Edward M. Porter<br>P.O. Box 441<br>Creola, AL 36525-0441 | Edwige Caroline Ndongo-Angono<br>900 Downtowner Blvd, Apt 7<br>Mobile, AL 36609 | Eles O. Simon |

| | | |
|---|---|---|
| Elizabeth L. Wilson<br>511 Hall Avenue<br>Hattiesburg, MS 39401 | Elizabeth R. Gilchrist<br>8545 Evans Road<br>Chunchula, AL 36521 | Ellen Joiner<br>First Alabama Bank<br>P.O. Box 2527<br>Mobile, AL 36622 |
| Else O. Simon | Emily V. Blackwell<br>7225 Community Drive<br>Pensacola, FL 32526 | Emmitt E. Robinson, Sr.<br>9375 Chisholm Ct.<br>Semmes, AL 36675 |
| Employee Pensions and Benefits | Ernest Johnson<br>2004 Clinton Street<br>Mobile, AL 36617 | Estate of Bradley Gerard Stockton,<br>c/o Meredith L. TUrpin<br>P.O. Box 2925<br>Daphne, AL 36526 |
| Estate of Darrell Taylor | Estate of Frank McDevitt<br>c/o Mary E. Pilcher and<br>Henry Brewster<br>P.O. Box 1051<br>Mobile, AL 36633-1051 | Ethel J. McNeil<br>4538 Charles E Hall Drive<br>Eight Mile, AL 36613 |
| Ethel W. Rigsby<br>6601 Laurent Court<br>Mobille, AL 36618 | Eugene White<br>c/o Eric K. Roberts<br>P.O. Box 180482<br>Mobile, AL 36618 | Fegan Morten<br>5453 Old Shell Road, Apt. 130<br>Mobile, AL 36608 |
| Fernando Billups<br>3828 Brannan Dr. S.<br>Mobile, AL 36693 | Ferrell W. Lewis<br>8741 Lott Road<br>Wilmer, AL 36587 | Florestine Myrick<br>637 Hinson Avenue<br>Prichard, AL 36610 |
| Floyd Martin, Jr.<br>1023 Front Street<br>Mobile, AL 36610 | Floyd W. Dortch<br>3591 Ponce De Leon Court<br>Gulf Shores, AL 36542 | Fort Dearborn Life Insurance<br>1020 31st Street<br>Downers Grove, IL 60515-5591 |
| Frank Dees<br>317 Lilly Street<br>Prichard, AL 36610 | Frank Powell<br>1152 Elmira Street<br>Mobile, AL 36604 | Freddie L. Patrick<br>710 S. Garrison Ave.<br>Prchard, AL 36610 |
| Fredrick Chambers<br>10880 Heidi Ct. E.<br>Grant Bay, AL 36541 | Gail Ambrose<br>7334 Willow Pointe Dr. N.<br>Mobile, AL 36695 | GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680-2585 |
| GE Capital<br>P.O. Box 6229<br>Carol Stream, IL 60197-6229 | Gene W. Lofton<br>6313 Woodside Dr. S.<br>Theodore, AL 36582 | Genell W. Wilson<br>2558 Woodruff Street<br>Mobile, AL 36607 |
| George A. Washam<br>10089 Bellingrath Rd<br>Theodore, AL 36582 | George E. Gilbert<br>929 Paradise Island Drive<br>Defuniak, FL 32433-7085 | George L. Haggard<br>3227 N. Graham Road<br>Mobile, AL 36618 |

| | | |
|---|---|---|
| George R. Kemp<br>1679 Woods Trail<br>Eight Mile, AL 36613 | Gerald Robinson<br>13950 Celesta Road<br>Chunchula, AL 36521-3247 | Gloria H. Jones<br>1812 Barnes Ave<br>Whistler, AL 36612 |
| Gloria Howard<br>13101 B. Citroneel Road<br>Chunchula, AL 36521 | Government Finance Officers Associa<br>57 Blue Pine Lane<br>Wetumpka, AL 36093 | Greg O. Davis<br>6213 Summer Place Drive N<br>Mobile, AL 36618 |
| Gregory J. Goult<br>8090 Nalo Creek Loop<br>Pensacola, FL 32514 | Gregory L. Harris<br>Jackson and Harris, P.C.<br>912 Dauphin St<br>Mobile, AL 36604 | Grenetta J. Ward<br>3510 Lott Road<br>Mobile, AL 36613 |
| Guy T. Deweever<br>2318 West Main St<br>Prichard, AL 36610 | Gwendolyn Williams<br>503 Snyder Drive<br>Prichard, AL 36610 | Hare Merrial Blayne<br>c/o Edward Massey<br>509 Church St<br>Mobile, AL 36602 |
| Harold T. Davis<br>P.O. Box 180908<br>Mobile, AL 366002 | Hazel Nicholas<br>P.O. Box 13308<br>Eight Mile, AL 36613 | Henry Phillips<br>213 Valley Road<br>Chickasaw, AL 36611 |
| Herman B. Towner, Sr.<br>3502 N. Park Pines Dr.<br>Eight Mile, AL 36613 | Hildreth Alexander<br>112 Eilinor St.<br>Mobile, AL 36606 | Horace D. Perkins<br>1119 Neely Ave<br>Prichard, AL 36610 |
| Hubert L. Paul<br>5438 Eckford St<br>Eight Mile, AL 36613 | Huey F. Aughtman<br>First Alabama Bank<br>P.O. Box 2527<br>Mobile, AL 36622 | Huey P. Dossett<br>11649 Howells Ferry Road<br>Semmes, AL 36575 |
| Ikon Financial Services<br>P.O. Box 740540<br>Atlanta, GA 30374-0540 | Ikon Office Solutions<br>P.O. Box 532530<br>Atlanta, GA 30353-2530 | Ina Wilkinson<br>5690 Dogwood Trail<br>Eight Mile, AL 36613 |
| Infoprint (Formerly IBM)<br>P.O. Box 644225<br>Pittsburgh, PA 15264-4225 | Integrated Waste<br>P.O. Box 1806<br>Pelham, AL 36124 | Internal Revenue Service |
| Ivan M. Lopez<br>113 Marikesh Dr.<br>Daphne, AL 36526 | J. Malcolm Jackson, III<br>Jackson and Harris, P.C.<br>912 Duaphin St.<br>Mobile, AL 36604 | Jaake W. Peterson<br>28970 Co. Road 87<br>Robertsdale, AL 36567 |
| Jacqueline Arnold<br>911 Summerville St.<br>Mobile, AL 36617 | Jacqueshanda R. Tucker<br>1503 Colgin Street<br>Mobile, AL 36605 | James A. Davis, Jr.<br>235 Shady Lane<br>Hazel Green, AL 35750 |

| | | |
|---|---|---|
| James A. Jacobs<br>127 Johnston St.<br>Chickasaw, AL 36611 | James A. Woodard and<br>Attorney Amardo Pitters<br>P.O. Box 1973<br>Montgomery, AL 36102-1973 | James Allen Milms Woodard<br>c/o A. Wesley Pitters<br>1145 South Perry St.<br>Montgomery, AL 36104 |
| James C. Bright<br>3221 Western Woods Drive<br>Mobile, AL 36618 | James Capara<br>9 Southern Street<br>Chickasaw, AL 36611 | James D. Fail, Jr.<br>3021 Firetower Road<br>Semmes, AL 36575 |
| James D. Ready<br>2900 Newman Road<br>Mobile, AL 36695 | James Dennis<br>26 Rodgeview Drive<br>Chickasaw, AL 36611 | James E. Hicks<br>3907 Michael Blvd #149<br>Mobile, AL 36609 |
| James H. Dismuckes<br>601 Whidden Drive<br>Satsuma, AL 36572 | James M. Kountz<br>6751 Creel Road<br>Theodore, AL 36582 | James N. White<br>706 Deer Avenue<br>Daphne, AL 36526 |
| James Parrish, Jr.<br>8311 Magnolia Village Drive S<br>Mobile, AL 36695 | James T. Mullis<br>15263 HWY 98<br>Lucedale, MS 39452 | Jason Meade<br>1408 Forest Dale Dr<br>Mobile, AL 36618 |
| Jeffery Taylor, Sr<br>123 E Azan Street<br>Prichard, AL 36610 | Jeremy Richardson<br>7720 Thomas Road, Apt 1605<br>Mobile, AL 36695 | Jerome O. Walker<br>122 S Joseph Avenue<br>Prichard, AL 36610 |
| Jerrail Ramsey<br>2827 Cranberry Street<br>Whistler, AL 36612 | Jerry D. Todd<br>30558 Middle Creek Circle<br>Daphne, AL 36526 | Jerry Mosley<br>5704 Foxfire Road<br>Mobile, AL 36618 |
| Jewell Porter<br>16 Elm Street<br>Saraland, AL 36571 | Jimmie Lee Johnson<br>623 Neeley Avenue<br>Prichard, AL 36610 | Jimmie W. Gardner<br>855 Wildwood Avenue<br>Mobile, AL 36609 |
| Jimmy D. Leachman<br>5738 Jarrett Road<br>Eight Mile, AL 36613 | Joann Powe | Joe M. Wilkerson, Jr.<br>1701 Jasper Road<br>Mobile, AL 36618 |
| John Adams, Jr.<br>P.O. Box 988<br>Mobile, AL 36601 | John C. Owens<br>7650 Dune Drive<br>New Orleans, LA 70128 | John D. Epps, Jr.<br>6150 Wilmer Road<br>Wilmer, AL 36587 |
| John D. Rios<br>5725 Old Pascagoula Rd, Apt 94<br>Mobile, AL 36610 | John Lebarron Greggs<br>1055 Wellington Street<br>Mobile, AL 36617 | Johnnie Long Powell<br>11460 Normandy Drive N<br>Semmes, AL 36575 |

| | | |
|---|---|---|
| Joseph C. Crenshaw<br>7454 Kalioka Road<br>Saraland, AL 36571 | Joseph P. Crawford<br>6800 Briargrove Court<br>Mobile, AL 36695 | Joseph Toomey<br>c/o D. Bruce Petway<br>510 Park Place Tower<br>2001 Park Place N<br>Birmingham, AL 35203-2735 |
| Joyce B. Lyles<br>517 Kate Street<br>Prichard, AL 36610 | Joyce Hollings | Jule Franklin, Jr.<br>P.O. Box 180-352<br>Mobile, AL 36618 |
| June L. Barrow<br>2710 West Road<br>Mobile, AL 36693 | Justin A. James<br>6401 Ziegler Blvd<br>Mobile, AL 36608 | Justin M. Jarvis<br>2451 Root Dirve E<br>Semmes, AL 36575 |
| Keith L. McPherson<br>5680 Vista Bonita Dr South<br>Mobile, AL 36609 | Kelly's Exterminating Service<br>P.O. Box 519<br>Saraland, AL 36571 | Kenneth Turner<br>102 Turner Lane<br>Eight Mile, ALLL 36613 |
| Kentwood Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Krystal Clark<br>5669 Woodchase Cir<br>Theodore, AL 36582 | L&J Dirt, Inc.<br>c/o C. Mark Erwin<br>P.O. Box 1308<br>Mobile, AL 36633 |
| L.C. Walding<br>3711 Traveler Dr.<br>Saraland, AL 36571 | LaCynthia M. Adams<br>133 So. Joseph Ave.<br>Prichard, AL 36610 | Lakeyshia Taylor<br>403 Broadway Blvd<br>Prichard, AL 36610 |
| Larry Griffin<br>13 Lafayette Drive<br>Saraland, AL 36571 | Larry W. Shell<br>32514 Browns Landing<br>Seminole, AL 36574 | Lashanda Williams<br>c/o Richard L. Watters<br>P.O. Box 87<br>Mobile, AL 36601 |
| Latesha T. Edwards<br>2005 Barnes Ave<br>Prichard, AL 36612 | Latesia Tinsley<br>128 N. Carlen Street<br>Mobile, AL 36607 | Latonya Smith<br>2234 Reneke Avenue<br>Mobile, AL 36605 |
| Latoya S. Veal<br>3700 Carlyle Close Apt 961<br>Mobile, AL 36609 | Lawrence L. Battiste, IV<br>5711 Foxfire Lant<br>Mobile, AL 36618 | Lebaron Smith<br>P.O. Box 40112<br>Mobile, AL 36640 |
| Lecedric D. Browe<br>1049 Cottrell Street<br>Mobile, AL 36605 | Leila P. Scott<br>1509 Carlisle Dr. W<br>Mobile, AL 36618 | Lelia M. Dale Burkett<br>1509 Carlisle Dr. W<br>Mobile, AL 36618 |
| Lena Phillips<br>15460 Amazon Road<br>Wilmer, AL 36587 | Lendora Williams<br>412 N. Ann Street<br>Mobile, AL 36603 | Leo Dement<br>9140 Spice Pond Road<br>Eight Mile, AL 36613 |

| | | |
|---|---|---|
| Leola Harris<br>P.O. Box 66567<br>Mobile, AL 36660 | Leonard Kim<br>714 Herman Dr., Apt A<br>Mobile, AL 36610 | Leslie L. Nobles<br>5832 Carrick Road<br>Eight Mile, AL 36613-2850 |
| Levonne A. Reed<br>4545 Whistler Street<br>Eight Mile, AL 36613 | Lewis E. Raglan<br>4453 Baumhauer Drive<br>Eight Mile, AL 36613 | Linda Fay Lucy-West<br>5300 David Langan Dr. S<br>Mobile, AL 36608 |
| Linda L. Ledoux<br>1504 Adams Street<br>Nibukem /ak 36603 | Lionel R. Fantroy<br>144 A Street<br>Mobile, AL 36610 | Lorenzo Bennett, Jr.<br>3513 Kent Road<br>Mobile, AL 36605 |
| Lucile S. Booth<br>15825 Old Citronelle Road<br>Citronelle, AL 36522 | Lucille Harper<br>First Alabama Bank<br>P.O. Box 2527<br>Mobile, AL 36622 | Lydia W. Fletcher<br>4528 Brunswicks Drive<br>Eight Mile, AL 36613 |
| Malachi Jones<br>1622 W. Main Street<br>Prichard, AL 36610 | Marjorie Jones<br>c/o Martin M. Poynter<br>P.O. Box 235<br>Mobile, AL 36601 | Mark Everet, Jr.<br>4912 North Auburn Drive<br>Mobile, AL 36618 |
| Mark J. Trenier<br>1221 Stewart Road<br>Mobile, AL 36605 | Marlon D. Edwards<br>1307 Adams St<br>Mobile, AL 36603 | Marlton R. Blake<br>8725 Anise Road<br>Eight Mile, AL 36613 |
| Marshall Scott Harris<br>1619 Sumner Drive, Aprt B<br>Mobile, AL 36617 | Martha Hollins<br>2351 Dukes Avenue<br>Mobile, AL 36695 | Martin Marrietta Aggregations<br>P.O. Box 75328<br>Charlotte, NC 28275 |
| Marvin Whitfield<br>8895 Winter Court<br>Mobile, AL 36695 | Mary A. Berg<br>150 S. Monterey Street<br>Mobile, AL 36604 | Mary Dixon<br>607 Oakmont Street<br>Saraland, AL 36571 |
| Mary L. Stephenson<br>4660 Tulane Drive<br>Mobile, AL 36618 | Matthew Dyas<br>4233 Shepard Dr. S<br>Saraland, AL 36571 | Mattie L. Turner<br>857 Garrison Ave<br>Prichard, AL 36610 |
| Maurice L. Brown<br>1157 Gayle Street<br>Mobile, AL 36605 | Maxine Taylor Radcliff<br>122 Aline Woodyard St<br>Prichard, AL 36610 | Mazie Knight<br>3425 St. Stephen Rd #56<br>Whistler, AL 36612 |
| McGriff Tires<br>2409 E I65 Service Rd N<br>Prichard, AL 36610 | Melva Davis<br>319 Court Street<br>Chickasaw, AL 36611 | Melvin B. Nettles<br>406 Irby Street<br>Prichard, AL 36610 |

| | | |
|---|---|---|
| Merry Bongardt<br>c/o Tim W. Fleming<br>P.O. Box 40176<br>Mobilel, AL 36640 | Meyercord Co<br>365 E North Ave<br>Carol Stream, IL 60188-2088 | Michael A. Jackson<br>8160 CO Road 64 #1436<br>Daphne, AL 36526 |
| Michael D. Bowick<br>105 Grant St.<br>Chickasaw, AL 36611 | Michael E. Costigan<br>9690 Sherman Road<br>Foley, AL 36526 | Michael H. Westley, Jr.<br>23425 Vaughn Road<br>Robertsdale, AL 36567 |
| Michael Knight<br>6420 - 2 Bayou Road<br>Mobile, AL 36605 | Michael Lance Latham<br>1202 Forest Park Ave<br>Bay Minette, AL 36507 | Michele A. Haston<br>2860 Thornhill Drive<br>Mobile, AL 36606 |
| Michelle Lofton<br>360 Green Park Drive<br>Mobile, AL 36695 | Mildred C. McCants<br>8185 Winchester Woods CT<br>Mobile, AL 36695 | Mirasoft, Inc.<br>340-2 Travis Blvd #164<br>Fairfield, CA 94533 |
| Miyoko Scogin<br>Kikuna Heights 2-604 480-1<br>Mamedo-Cho<br>Khoku-ku Yokohama<br>Kanagawa, Japan | Mobile Asphalt Co.<br>P.O. Box 190279<br>Mobile, AL 36619 | Mobile County Commission<br>205 Government St<br>Mobile, AL 36644 |
| Mobile County EMA<br>348 N. McGregor Ave<br>Mobile, AL 36608 | Mobile County Health Department<br>Post Office Box 2867<br>Mobile, Alabama 36652-2867 | Mobile County Legislative<br>Delegatio<br>104 S. Lawrence Street<br>Mobile, AL 36602 |
| Mobile County Personnel Board<br>1809 Government St<br>Mobile, AL 36602 | Municipal Workman Compensation<br>Fund<br>P.O. Box 1270<br>Montgomery, AL 36102 | Myriam A. Baggett<br>25733 Lakeland Drive<br>Loxley, AL 36551 |
| Myrtice Johnson<br>c/o Sonya Ogletree-Bailey<br>4300 Midmost Dr., Ste D<br>Mobile, AL 36609 | Napoleon Bracy, Jr.<br>150 Edison Drive<br>Prichard, AL 36610 | Nathaniel Doss<br>4522 Charles Hall Drive<br>Eight Mile, AL 36613 |
| Nathaniel Houze<br>210 12th Avenue<br>Chickasaw, AL 36611 | Neal Buchman<br>P.O. Box 10426<br>Mobile, AL 36610 | Neil W. Simmons<br>4740 Sharpless Drive<br>Eight Mile, AL 36613 |
| Nettie J. Banks<br>6790 Mausap Road<br>Eight Mile, AL 36613 | Nettie S. Robinson<br>P.O. Box 2013<br>Robertsdale, AL 36567 | Norman E. Weldy<br>4307 Baumhauer Drive<br>Eight Mile, AL 36613 |
| Norman M. Raley<br>1212 Northway Drive<br>Semmes, AL 36575-7608 | Norris L. Darmon<br>P.O. Box 2102<br>Semmes, AL 36575 | Office Depot<br>1500 Government St.<br>Mobile, AL 36604 |

| | | |
|---|---|---|
| Oley W. Scmitz, Jr.<br>12144 Meadow Road #5<br>Fairhope, AL 36452 | Oliver J. Mabien<br>2120 Baker Road<br>Mobile, AL 36618 | O'Reilly<br>P.O. Box 790098<br>St. Louis, MO 63179-0098 |
| Orlando Joe Reese<br>2804 Nall St.<br>Mobile, AL 36607 | Ossia P. Edwards<br>2313 W. Main Street<br>Prichard, AL 36610 | Otis Earl Fryer<br>8918 Howells Court North<br>Semmes, AL 36641 |
| Patrick B. Gorlott<br>9975 Wulff Road S., Lot 2<br>Semmes, AL 36641 | Patrick Kynaston<br>7270 Pinewood Drive<br>Theodore, AL 36582 | Patrick Mitchell<br>6600 Grelot Road<br>Mobile, AL 36695 |
| Patterson Starter<br>118 Park Drive<br>Saraland, AL 36571 | Paul Clausell<br>357 McQueen Avenue<br>Mobile, AL 36609 | Paul J. Hardy<br>1207 So. Thomas Ave<br>Prichard, AL 36610 |
| Paul Smith<br>c/o Martin M. Poynter<br>P.O. Box 235<br>Mobile, AL 36601 | Paula Wyatt<br>1400 Azalea Road, Apt 112<br>Mobile, AL 36693 | Pauline B. Smiley<br>9832 Winchester Dr. So.<br>Semmes, AL 36575 |
| Payne Environmental Services<br>7320 Hitt Road<br>Mobile, AL 36685 | Pepco<br>P.O. Box 826<br>Mobile, AL 36652 | Pitts & Sons, Inc Wrecker<br>1850 Shelton Beach Rd Exit<br>Saraland, AL 36571 |
| Platinum Plus for Business<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Prichard Glass Company<br>2954 St. Stephens Rd<br>Mobile, AL 36612 | Prichard Public Library Board<br>300 Lovejoy Loop West<br>Prichard, AL 36610-3952 |
| Prichard Water and Sewer<br>125 E. Clark Ave<br>Prichard, AL 36610-0455 | Quill Corporation<br>P.O. Box 94080<br>Palatine, IL 60094 | Raikesha P. Sullivan<br>9930 Whip Poor Will Drive<br>Semmes, AL 36575 |
| Raquel Williams<br>1064 South Ann Street<br>Mobile, AL 36605 | Rayco Supply<br>808 Executive Park Drive<br>Mobile, AL 36606 | Rebecca Powe<br>1802 Butler Street<br>Mobile, AL 36617 |
| Reginald Loper<br>4919 Dosset Lane<br>Eight Mile, AL 36613 | Reginald Rogers<br>1310 Brooke Ave<br>Mobile, AL 36605 | Regions Bank<br>Commercial Loans Dept 2521<br>P.O. Box 2153<br>Birmingham, AL 35287-2521 |
| Reliable Lawn Service<br>4615 Michael Dr.<br>Eight Mile, AL 36613 | Rex Wall<br>1831 S. Shelton Beach Rd.<br>Eight Mile, AL 36613 | Ricky M. Plant<br>3910 Dial Street<br>Whistler, AL 36612 |

| | | |
|---|---|---|
| Robert Bartlett, Jr.<br>7965 WElls Road W<br>Theodore, AL 36582 | Robert E. Bell<br>1811 Myers Road<br>Eight Mile, AL 36613 | Robert E. Dearmond<br>c/o Gary W. Fillingim, LLC<br>2053 Dauphin Street<br>Mobile, AL 36606 |
| Robert E. Martin<br>3804 Cabana Square #204<br>Mobile, AL 36609 | Robert Earl Crawford<br>2411 Boyett St<br>Mobile, AL 36617 | Robert M. Keith<br>c/o Nathan P. Freidlander<br>126 Government St.<br>Mobile, AL 36602 |
| Robert M. Mabry<br>618 Pine Street<br>Saraland, AL 36571 | Robert R. Golden, Sr.<br>10040 Gulfcrest Rd<br>Chunchula, AL 36521 | Robert R. Hardy<br>205 State Street<br>Mobile, AL 36603 |
| Robert Sanders<br>1609 Gilda Circle<br>Mobile, AL 36618 | Robert Thompson, III<br>6852 Victor Road<br>Mobile, AL 36608 | Robisha Coker<br>1214 Skipper Dr.<br>Mobile, AL 36608 |
| Robyn Evans<br>2005 S. Bucker Road<br>Mobile, AL 36605 | Rodney Gayle Schmitz<br>9200 Dovetail Lane E<br>Wilmer, AL 36587 | Ronald Joseph Newman<br>7051 Professional Place<br>Daphne, AL 36526 |
| Ronald K. Davis<br>2080 S. Shelton Beach Road<br>Eight Mile, AL 36613 | Rusty Hodskins<br>550 Lakeview Dr West<br>Mobile, AL 36695 | Ryan Hall<br>426 Ridgewood Dr.<br>Daphne, AL 36526 |
| Ryan Slaten<br>833 S. University Blvd<br>Mobile, AL 36618 | Sammie Parrish<br>2703 Berkley Ave<br>Mobile, AL 36618 | Samuel Nichols<br>c/o James M. Byrd<br>456 Conti Street<br>Mobile, AL 36602 |
| Sandra J. Turner<br>146 Hickman Street<br>Prichard, AL 36610 | Sarah H. Bryant<br>122 Automnwood Dr. E<br>Saraland, AL 36571 | Scott Alan Balzer<br>47553 Phillipsville Rd<br>Bay Minette, AL 36507 |
| Sejirish O. Bradley<br>c/o James M. Byrd<br>456 Conti Street<br>Mobile, AL 36602 | Sharon Millerder<br>3435 Centanne Court<br>Whistler, AL 36612 | Sharon Sylvester-Cooks<br>1720 Winston Lane<br>Mobile, AL 36605 |
| Sheila B. Cooley<br>3749 Superior Dr<br>Eight Mile, AL 36613 | Sidney C. Anderson<br>1742 William Carey Drive<br>Eight Mile, AL 36613 | Sonya Everett<br>c/o Robert J. Hedge<br>162 St. Emanuel St.<br>Mobile, AL 36602 |
| South Alabama Regional PL<br>P.O. Box 1665<br>Mobile, AL 36633 | Southeastern Emergency<br>Equipment<br>P.O. Box 1196<br>Wakeforest, NC 27588 | Southernlinc Wireless<br>P.O. Box 931581<br>Atlanta, GA 31193-1581 |

| | | |
|---|---|---|
| Spencer Merriweather<br>10122 Tarawood Court<br>Mobile, AL 36695 | Spoon Professional Landscaping<br>3650 St. Stephens Rd<br>Whistler, AL 36612 | Sprint Nextel Partners<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 |
| State of Alabama Dept of Revenue | Stella L. Rocker<br>70 Ivey Street<br>Mobile, AL 36607 | Stephen D. Lavender<br>10760 Hunters Circle W<br>Mobile, AL 36695 |
| Stephen Johnson<br>124 S Joseph Ave<br>Prichard, AL 36610 | Susan R. Jernigan<br>314 Handley Avenue<br>Whistler, AL 36612 | SVT, Inc.<br>2313D Industrial Drive<br>Columbia, MO 65202 |
| Taranja Griggs<br>2724 Edgewood Street<br>Mobile, AL 36607 | Ted S. Herring<br>39910 Highway 225<br>Bay Minette, AL 36507 | Terance Dawson<br>P.O. Box 6050<br>Montgomery, AL 36106 |
| Thomas C. James<br>315 Valley Road<br>Chickasaw, AL 36611 | Thomas J. Causey<br>1622 Tucker Street<br>Eight Mile, AL 36613 | Tonasha N. Giles<br>3397 Chandler Ct.<br>Eight Mile, AL 36613 |
| Tracy S. Houze<br>6809 Coventry Court<br>Mobile, AL 36695 | Troy S. Ephraim<br>1111 Chestang Avenue<br>Prichard, AL 36610 | Trudy Tillman<br>2008 Clement Street<br>Mobile, AL 36617 |
| Tyler W. Newkirk<br>23165 Poplar Road<br>Robertsdale, AL 36567 | Tywanda T. Jackson<br>9703 Chambers Drive<br>Mobile, AL 36695 | University of South Alabama<br>c/o Thomas R. Boller<br>150 Government St., Suite 1001<br>Mobile, AL 36602 |
| University of South Alabama Hospita<br>c/o Thomas Boller<br>150 Govert St. Ste 1001<br>Mobile, AL 36602 | US Dept Health & Human Services<br>c/o Pioneer Credit Recovery, Inc.<br>P.O. Box 189<br>Arcade, NY 14009 | Valerie E. Goodwin<br>c/o Steven A. Martino<br>P.O. Box 894<br>Mobile, AL 36601 |
| Valerie Morris Crenshaw<br>855 Banneker Ct.<br>Mobile, AL 36617 | Vanessa A. Shoots<br>4313 Bent Tree Road<br>Eight Mile, AL 36613 | Vera Farley<br>651 Gehrig Ave<br>Prichard, AL 36610 |
| Verizon Wireless<br>1141 Montlimar Dr #1004<br>Mobile, AL 36609 | Victor D. Brewer<br>206 Sanders Circle<br>Prichard, AL 36610 | Victor Myles, Sr.<br>106 Handy L Davis St.<br>Mobile, AL 36610 |
| Victoria G. Holmes<br>2100 Cookes Lane<br>Mobile, AL 36693 | Virginia Calloway<br>10910 Miller Court<br>Churchulo, AL 36521 | Volkert & Associates<br>3809 Moffett Road<br>Mobile, AL 36618 |

| | | |
|---|---|---|
| Vurnel Hunt<br>6070 B St. John Chapel Road<br>Eight Mile, AL 36613 | Wade Office Equipment<br>747 Lakeside Drive<br>Mobile, AL  36693 | Walter L. Knight<br>3425 St. Stephens Rd, Apt 56<br>Whistler, AL 36612 |
| Wanda L. Spradlin<br>1601 Kalifield Blvd<br>Saraland, AL 36571 | Warren Lamar<br>631 Gehrig Ave.<br>Prichard, AL 36610-2365 | Wesco<br>940 M.L. King Dr.<br>Prichard, AL 36610 |
| Wesley Henderson<br>2357 Octavia Drive N.<br>Mobile, AL 36605 | Willard M. Brunson, Jr.<br>3620 Ching Dairy Loop Rd W<br>Mobile, AL 36618 | William B. Sexton<br>10930 N. Ridge Dr<br>Semmes, AL 36575 |
| William C. Sparks<br>30 Cherry Drive<br>Saraland, AL 36571 | William E. Howell, Jr.<br>166 E. Pine Ave<br>Satsuma, AL 36572 | William L. Baugh, Jr.<br>2691 Milam Road<br>Wetumpka, AL 36092 |
| William S. Coale<br>7350 Rosemary Woods Drive<br>Eight Mile, AL 36613 | Willie E. Banks<br>617 Neely Avenue<br>Prichard, AL 36610 | Willie L. Ramey<br>317 Dakota Avenue<br>Prichard, AL 36610 |
| Willie Lee Wilkerson<br>252 E. Chandler St<br>Prichard, AL 36610 | Willie Mabien<br>616 Vickers Street<br>Prichard, AL 36610 | Willie Mae Richarson<br>1209 Bordeaux Street<br>Mobile, AL 36605 |
| Willie McNeil<br>P.O. Box 13322<br>Mobile, AL 36663 | Wilma Sells<br>5718 Warrior Drive<br>Satsuma, AL 36572 | Winston M. Boutwell<br>1444 Indian Crest<br>Indian Springs, AL 35124 |
| Xerox Corporation<br>P.O. Box 650361<br>Dallas, TX 75265-0361 | Yansean Malley<br>785 Bonneville Drive<br>Mobile, AL 36695 | Yvonne M. Baldwin<br>1911 Via Immaculata<br>Mobile, AL 36605 |
| Yvonne M. Baldwin<br>c/o James H. Starnes<br>P.O. Box 590003<br>Birmingham, AL 35259 | Yvonne M. Baldwin<br>c/o James H. Starnes<br>P.O. Box 59003<br>Birmingham, AL 35259 | |