IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: )<br>)<br>CITY OF PRICHARD, ALABAMA )<br>)<br>DEBTOR )<br>)<br>) | Case No. 09-15000 |

## MOTION TO DISMISS BANKRUPTCY CASE

COME NOW Scott A. Balzer, Willie Banks, Maurice L. Brown, Nate Doss, Dorothy Ferrell, Charles G. Kennedy, Ethel J. McNeil, and Lendora H. Williams, creditors and parties in interest (hereinafter "Movants"), and respectfully move the Court pursuant to 11 U.S.C §§ 105, 109(c), and 921(c) and Bankruptcy Rule 9014 for the entry of an order dismissing the above-captioned case. The City of Prichard, Alabama may not be a debtor under Chapter 9 because it is not an entity specifically authorized, in its capacity as a municipality or by name, to be a debtor under Chapter 9 by Alabama law or by a governmental officer or organization empowered by Alabama law to authorize such entity to be a debtor under such chapter.

                                                     /s/ Donald J.Stewart
                                                     Donald J. Stewart
                                                     63 South Royal Street, Suite 700
                                                     Mobile, Alabama 36602
                                                     (251) 415-7300
                                                     (251) 415-7350 -- fax
                                                     djs@cabaniss.com
                                                     Attorney For Movants

{M0044950.1}

1

## Rule 2019 Statement of Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP

COMES NOW Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP by and through Donald J. Stewart (the "Firm") and pursuant to Bankruptcy Rule 2019 states as follows:

(1) The creditors represented by the Firm in this case are

(a) Scott Balzer

(b) Willie Banks

(c) Maurice L. Brown

(d) Nate Doss

(e) Dorothy Ferrell

(f) Charles G. Kennedy

(g) Ethel J. McNeil

(h) Lendora H. Williams.

(2) The represented creditors are present or former employees of the City of Prichard who have vested rights to continuing benefits under the terms of the City's pension plan and were so vested on the petition date but who are not currently drawing such benefits as retirees.

(3) The Firm has been retained on behalf of the represented creditors as a group to pursue the dismissal of the City's Chapter 9 case. Failing such dismissal, the

Firm will represent the creditors as a group in objecting to any plan that proposes to alter the benefits due the creditors under the existing pension plan.

(4) The claims of the creditors were held by them on the date of the filing of the Chapter 9 petition based on their prepetition employment by the City of Prichard. The amount of such claims have not been liquidated as of this date.

The Firm represents the listed creditors as legal counsel in connection with the subject matter raised in the motion filed and any to be filed but is not otherwise empowered to act on their behalf.

Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP

By

*Donald J. Stewart*
Donald J. Stewart
63 South Royal Street, Suite 700
Mobile, Alabama 36602
(251) 415-7300
(251) 415-7350 -- fax
djs@cabaniss.com

Sworn to and subscribed
Before me this 11 day of August, 2010

Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 4, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing motion and statement by

{M0044950.1}

3

means of the Bankruptcy Court's CM/ECF system, by delivery by First Class Mail, postage prepaid to the debtor at 215 E. Prichard Avenue, Prichard, Alabama 36610, to R. Scott Williams and Latanishia D. Walters, attorneys for the debtor, at 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203, and to C. Michael Smith and Suzanne Paul, attorneys for the debtor, at 150 South Dearborn St., Mobile, Alabama 36602 pursuant to Bankruptcy Rule 9014(b) this 11th day of August, 2010.

/s/ Donald J. Stewart
Of Counsel