# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF PRICHARD, ALABAMA | ) | Bankruptcy Case No.: 09-15000 |
| | ) | Chapter 9 Proceeding |
| Debtor. | ) | |

## RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS

COMES NOW the undersigned on behalf of the above-styled Debtor and files this Response in Opposition to the Motion to Dismiss (the "Opposition"). In support of the Opposition, the undersigned states as follows:

1. Currently pending before the Court is a Motion to Dismiss (the "Motion") the above-styled bankruptcy case filed on August 8, 2010.

2. The Motion is ill advised and in contravention of clear statutory authority. Moreover that this Motion would even be filed is akin to shouting fire in a crowded theater.

3. It can be undisputed that Alabama Code Section 11-81-3 authorizes the filing of a Chapter 9 bankruptcy. The argument of the Movants is contrary to the plain meaning of the statute.

4. The language twisted by the movant has no logic. There are no expressed limitations in the enacting provisions of the applicable code section.

5. Moreover, the history lesson provided by the movants is contrary to both law and common sense. There is no cited case authority or even statutory language provided by the movants that supports the proposition that somehow Alabama has limited the ability of its cities to only file Chapter 9 in situations where there is outstanding bond in indebtedness.

6. The common sense reading and understanding of the statutory language shows that the second sentence of §22-81-3 does not limit only the readjustment of bond indebtedness but all of the debts of a municipality.

7. In the instant case, the movants have set up a straw-man in order to strike fear into the citizens and creditors of the City of Prichard.

8. This strawman must be knocked down. A plain reading of the applicable statutory authority can render no other judgment than to deny the motion to dismiss.

WHEREFORE premises considered, the undersigned requests the Court enter an order denying the Motion to Dismiss and for such further relief as the Court may deem appropriate.

Respectfully submitted,

_____
R. Scott Williams
Latanishia D. Watters
Counsel for the City of Prichard, Alabama

Of Counsel:
R. Scott Williams
Latanishia D. Watters
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Phone: 205.251.1000
Fax: 205.324.1133
rsw@hsy.com
ldw@hsy.com


C. Michael Smith
Suzanne Paul
Paul and Smith, P.C.
150 South Dearborn St.
Mobile, Alabama 36602
paulandsmithpc@earthlink.net

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically served this the 20th day of August, 2010 in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case or by placing a copy of same in the United States Mail postage prepaid and properly addressed as follows:

| | |
|---|---|
| Robert J. Hedge<br>Miller & Hedge, P.C.<br>P.O. Box 2232<br>Mobile, Alabama 36652 | Lawrence B. Voit<br>Alexander K. Garrett<br>Silver, Voit & Thompson<br>4317-A Midmost Drive<br>Mobile, Alabama 36609 |
| Travis M. Bedsole, Jr.,<br>Bankruptcy Administrator<br>P.O. Box 3083<br>Mobile, Alabama 36652-3083 | Donald Stewart<br>63 South Royal Street, Suite 700<br>Mobile, Alabama 36602 |

/s/ R. Scott Williams

3849176_1