# EXHIBIT C-1

Commonwealth National Bank
c/o Tyrone Fenderson, Jr.
520 N. Wilson Avenue
Prichard, AL 36610

3831829_1

# EXHIBIT C-2

South Alabama Regional Planning Commission
P.O. Box 1665
Mobile, Alabama 36130

Mobile County EMA
348 N. McGregor Avenue
Mobile, Alabama 36602

3831783_1

EXHIBIT C-3

**Claimant**                              **Amount**

| Claimant | Amount |
|---|---|
| Hare Merrial Blayne<br>c/o Edward Massey<br>609 Church Street<br>Mobile, AL 36602 | $5,119.00 |
| James Allen Mims Woodward<br>c/o A. Wesley Pitters<br>1145 South Perry Street<br>Montgomery, AL 36104 | $20,000.00 |
| Terrance O. Dawson<br>P.O. Box 6050<br>Montgomery, AL 36106 | $1.00 |
| Trudy Tilman<br>2009 Clement Street<br>Mobile, AL 36617 | $1.00 |
| Sharon Millerbar<br>3435 Cantanne Court<br>Whisler, AL 36612 | $1.00 |
| Robert M. Keith<br>c/o Nathan P. Friedlander<br>126 Government Street<br>Mobile, AL 36602 | $50.00 |
| L.C. Walding<br>3711 Traveler Drive<br>Saraland, AL 36571 | $650.00 |
| Barbara Patterson<br>c/o Jeffry N. Gale<br>917 Western American Circle, Suite 205<br>Mobile, AL 36609 | $3,224.00 |
| John C. Owens<br>7650 Dune Drive<br>New Orleans, LA 70128 | $3,000.00 |

| | |
|---|---|
| Djenish O. Bradley<br>c/o James M. Bryd<br>456 Conti Street<br>Mobile, AL 36602 | $80.000.00 |
| Majorie Jones<br>c/o Martin M. Poynter<br>P.O. Box 235<br>Mobile, AL 36601 | $1.00 |
| Eddie Jones<br>c/o Martin M. Poynter<br>P.O. Box 235<br>Mobile, AL 36601 | $1.00 |
| Paul Smith<br>c/o Martin M. Poynter<br>P.O. Box 235<br>Mobile, AL 36601 | $1.00 |
| Joseph Tooney<br>c/o D. Bruce Petway<br>510 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | $1.00 |
| Lashanda Williams<br>c/o Richard L. Watters<br>P.O. Box 87<br>Mobile, AL 36601 | $1.00 |
| Samuel Nichols<br>% James M. Byrd<br>456 Conti Street<br>Mobile, AL 36602 | $1.00 |
| Eugene White<br>c/o Eric K. Roberts<br>P.O. Box 180482<br>Mobile, AL 36618 | $1.00 |
| Valerie E. Goodwin<br>c/o Steven A. Martino<br>P.O. Box 894<br>Mobile, AL 36601 | $1.00 |

| | |
|---|---|
| L & J. Dirt, Inc.<br>c/o C. Mark Erwin<br>P.O. Box 1308<br>Mobile, AL 36633 | $1.00 |
| Myrtice Johnson<br>c/o Sonya Ogletree-Bailey<br>4300 Midmost Drive, Suite D<br>Mobile, AL 36609 | $1.00 |
| Estate of Bradley Gerard Stockton<br>c/o Meredity L. Turpin<br>P.O. Box 2925<br>Daphne, AL 36526 | $1.00 |
| Sonya Everett<br>c/o Robert J. Hedge<br>162 St. Emanuel Street<br>Mobile, AL 36602 | $1.00 |
| Estate of Frank McDevitt<br>c/o Mary E. Pitcher<br>Henry Brewster<br>P.O. Box 1051<br>Mobile, AL 36633 | $1.00 |
| Angela Scott<br>c/o P. Dean Waite, Jr.<br>301 St. Louis Street<br>Mobile, AL 36602 | $1.00 |
| Neal Buchnan<br>P.O. Box 10425<br>Prichard, AL 36610-0426 | $65,000.00 |
| Robert E. Dearmond<br>c/o Gary W. Fillingint, LLC<br>2053 Dauphin Street<br>Mobile, AL 36608 | $100,000.00 |
| JoAnn Powe<br>co/o Mathew B. Richardson<br>P.O. Box 2225<br>Mobile, AL 36652 | $1.00 |

| David Lee Frank<br>P.O. Box 50333<br>Mobile, AL 36605 | $1.00 |

3522894.1

3522894.1

# EXHIBIT C-4

Ambrose, Gail
7334 Willow Pointe Dr. North
Mobile, AL 36695

Balzer, Scott Alan
47553 Phillipsville Road
Bay Minette, AL 36507

Banks, Willie E.
617 Neely Avenue
Prichard, AL 36110

Barnes, Allan J.
3040 McFarland Road
Mobile, AL 36695

Bennett, Jr., Lorenzo
3513 Kent Road
Mobile, AL 36605

Billups, Fernando
3828 Brannan Dr. South
Mobile, AL 36693

Bohannon, Hugh
102 Spanish Main Unit D
Spanish Fort, AL 36527

Merry Bongardt
c/o Tim W. Fleming, Esq.
500 Boulevard Park E
Mobile, AL 35509

Bosarge, Jr., Calvin
11359 Padgett Switch Road
Irvington, AL 36544

Bowick, Michael D.
105 Grant St.
Chickasaw, AL 36611

Brewer, Victor D.
206 Sanders Circle
Prichard, AL 36610

Brown, Angela M.
3776 Seleste Drive
Mobile, AL 36618

Browe, Lecedric D.
1049 Cottrell Street
Mobile, AL 36618

Brown, Maurice L.
1157 Gayle Street
Mobile, AL 36605

Burden, Clarence E.
139 Durant Ave.
Eight Mile, AL 36613

Campbell, Paul
1362 Ridge Street
Mobile, AL 36605

Chambers, Fredrick
10880 Heidi Ct. E
Grand Bay, AL 36541

Coker, Robisha
1214 Skipper Dr.
Mobile, AL 36608

Cooley, Shelia B.
3749 Superior Dr.
Eight Mile, AL 36613

Sylvester-Cooks, Sharon
1720 Winston Lane
Mobile, AL 36605

Crawford, Joseph P.
6800 Briargrove Court
Mobile, AL 36695

Crawford, Robert Earl
2411 Boyett St.
Mobile, AL 36617

Daniels, Anthony F.
1732 Grace Avenue
Eight Mile, AL 36613

Deweever, Guy T.
2318 West Main St.
Prichard, AL 36610

Delafosse, Corey L.
1017 Joaneen Drive
Saraland, AL 36571

Deputy, John
1615 Bryan Ave.
Mobile, AL 36605

Dooling, Eugene
102 Greenwood Drive
Daphne, AL 36526

Doss, Nathaniel
4522 Charles Hall Drive
Eight Mile, AL 36613

Dubose, Bernadette B.
2434 Brewton Avenue
Mobile, AL 36617

Dunklin, Shirley E.
2116 Hoppin Street
Mobile, AL 36605

Dyas, Matthew
4233 Shepard Dr. S.
Saraland, AL 36571

Fantroy, Lionel R.
4215 Moffett Road, Apt. #73
Mobile, AL 36618

Case 09-15000    Doc 200-3    Filed 08/30/10    Entered 08/30/10 17:10:42    Desc Exhibit
C1-C4    Page 9 of 20

Ferrell, Dorothy A.
4712 Henry Road
Eight Mile, AL 36613

Giles, Tonasha N.
3397 Chandler Ct.
Eight Mile, AL 36613

Gipson, Dorothy M.
3651 Sprucewood Lane, Apt. 34A
Mobile, AL 36608

Golden, Sr., Robert R.
10040 Gulfcrest Rd
Chunchula, AL 36521

Goult, Gregory J.
8090 Nalo Creek Loop
Pensacola, FL 32514

Garlott, Patrick B.
9975 Wulff Road S. Lot 2
Semmes, AL 36641

Greggs, John Lebarron
1055 Wellington Street
Mobile, AL 36617

Griggs, Cornius
262 Geronimo Street
Chickasaw, AL 36611

Griggs, Taranja
2724 Edgewood Street
Mobile, AL 36607

Hale, David
906 Semler Street
Prichard, AL 36610

Hall, Ryan
426 Ridgewood Drive
Daphne, AL 36526

Harper, Chastity L.
2707 Balston Road
Mobile, AL 36606

Harris, Marshall Scott
1619 Sumner Drive, Apt. B
Mobile, AL 36605

Hayward, Natasha L.
2013 Magee Street
Prichard, AL 36610

Hicks, James E.
3907 Michael Blvd #149
Mobile, AL 36604

Hobson, Donna M.
458 Dexter Ave.
Mobile, AL 36604

Hodskins, Rusty
550 Lakeview Dr. West
Mobile, AL 36695

Hollins, Martha
2351 Dukes Avenue
Mobile, AL 36617

Holmes, Victoria G.
2100 Cookes Lane
Mobile, AL 36693

Houze, Tracy S.
6809 Coventry Court
Mobile, AL 36695

Hughes, Carol D.
4806 Princedton Dr.
Mobile, AL 36618

Hunter, Jr., Eddie
1205 Stewart Road
Mobile, AL 36605

Ivey, Curtis M.
4715 Diamond Ave.
Mobile, AL 36619

Jackson, Leo L.
551 Village Green Dr. E
Apt #20
Mobile, AL 36609

Jackson, Tywanda T.
9703 Chambers Drive
Mobile, AL 36695

Jacobs, James A.
127 Johnston St.
Chickasaw, AL 36611

Johnson, David Leon
1305 Jessie Street
Mobile, AL 36617

Johnson, Ernest
2004 Clinton Street
Mobile, AL 36617

Jones, Bernadette E.
119 West Allenby Street'
Prichard, AL 36610

Jones, Gloria H.
1812 Barnes Ave.
Whistler, AL 36612

Kennedy, Charles Gallegher
4704 Shain Street
Mobile, AL 36609

Kim, Leonard
714B Bishop Ave.
Mobile, AL 36610

King, Dwight L.
825 Owens Street
Pirchard, AL 36610

Knight, Mazie
3425 St. Stephen Rd #56
Whistler, AL 36612

Knight, Michael
6420-2 Bayou Road
Mobile, AL 36605

Knight, Walter L.
804 Wendover Rd
Mobile, AL 36608

Kuntz, James M.
6751 Creel Road
Theodore, AL 36582

Lambert, Clifton
6128 Palomino Drive
Mobile, AL 36693

Lavender, Stephen D.
10760 Hunters Circle W
Mobile, AL 36695

Ledoux, Linda L.
1504 Adams Street
Mobile, AL 36603

Lesinger, Austin D.
11801 Balsam Court
Spanish Fort, AL 36575

Lopez, Ivan M.
113 Marikesh Dr.
Daphne, AL 36526

Lucy-West, Linda Fay
5300 David Langan Dr. S.
Mobile, AL 36608

Lunceford, Matthew R.
3661 Leroy Stevens Rd
Mobile, AL 36619

Lyles, Joyce B.
517 Kate Street
Prichard, AL 36610

Mabien, Oliver Junior
2120 Baker Road
Mobile, AL 36618

Mabien, Willie
1254 Old Shell Road
Apartment 239
Mobile, AL 36604

Smith, Connie Mabins
P.O. Box 10213
Prichard, AL 36610

Major, Courtney M.
4706 Augusta Drive
Eight Mile, AL 36613

Malley, Yansean
785 Bonneville Drive
Mobile, AL 36695

Martin, Robert E.
3804 Cabana Square #204
Mobile, AL 36606

Tucker, Jacquesahnda R.
1503 Colgin Street
Mobile, AL 36605

McNeil, Ethel J.
4538 Charles E. Hall Drive
Eight Mile, AL 36613

McPherson, Keith L.
5680 Vista Bonita Drive South
Mobile, AL 36609

Meade, Jason
1408 Forest Dale Drive
Mobile, AL 36618

Miller, Melvin C.
6964 Airport Blvd. Apt B25
Mobile, AL 36608

Crenshaw, Valerie Morris
855 Banneker Ct.
Mobile, AL 36617

Murray, Bobby R.
209 July Avenue
Prichard, AL 36610

Myles, Sr., Victor
301 Southwest Blvd.
Chickasaw, AL 36611

Newman, Ronald Joseph
8767 Bainbridge Court
Daphne, AL 36526

Lewis, Darlene P.
1579 E. Octavia Drive
Mobile, AL 36605

Parrish, Sammie
2703 Berkley Avenue
Mobile, AL 36618

Patrick, Freddie L.
710 S. Garrison Avenue
Prichard, AL 36610

Peterson, Jake W,.
28970 Co. Rd. 87
Robertsdale, AL 36567

Plant, Ricky M.
3910 Dial Street
Whister, AL 36612

Pledge, Albert
1625 E. Faure Drive
Mobile, AL 36605

Poe, William B.
1059 Elmira Street
Mobile, AL 36604

Ransom, Bernadette M.
440-E R.V. Brown Drive
Whistler, AL 36612

Reese, Orlando Joe
2804 Nall Street
Mobile, AL 36607

Richardson, Jeremy
7720 Thomas Road Apt 1605
Mobile, AL 36695

Rios, John D.
5725 Old Pascagoula Rd. Apt. 94
Mobile, AL 36619

Roberts, Jeremiah
6762 N. Lausanne Drive
Mobile, AL 36608

Rodgers, Don E.
207 Hillcrest Road, Apt 103
Mobile, AL 36608

Rogers, Reginald
1310 Brooke Avenue
Mobile, AL 36605

Sanders, Robert
1609 Gilda Circle
Mobile, AL 36618

Wilma Sells
454 Norton Dr.
Satsuma, AL 36572

Willie A. Seltzer
1451 Cloverleaf Circle South
Mobile, AL  36618

Sellers, Anita A.
5064 Old Citronelle Hwy.
Eight Mile, AL 36613

Sexton, William B.
10930 N. Ridge Drive
Semmes, AL 36575

Simon Jr, Eles O.
2120 Baker Road
Mobile, AL 36610

Spencer, Reniya
2228 O'Sage Street
Mobile, AL 36617

Stephens, Clifford E.
20740 Odom Road
Citronelle, AL 36522

Stephenson, Mary L.
4660 Tulane Drive
Mobile, AL 36618

Stubbs, Andrew L.
111 N. Craft Hwy. Apt A
Chickasaw, AL 36611

Sullivan, Angelo R.
4775 S. Campanella Drive
Theodore, AL 36582

Sullivan, Raikesha P.
9930 Whip Poor Will Drive
Semmes, AL 36575

Sumlin, Edith
222 N. Leeds Avenue
Whistler, AL 36612

Sylvester, Cornelious
131 Love Joy Loop
Prichard, AL 36610

Radcliff, Maxine Taylor
122 Aline Woodyard Street
Prichard, AL 36610

Taylor, Lakeyshia
403 Broadway Blvd.
Prichard, AL 36610

Thomson III, Robert
6852 Victor Road
Mobile, AL 36608

Dale-Burkett, Lelia M.
1509 Carlisle Drive W
Mobile, AL 36618

Tinsley, Latesia
128 N. Carlen Street
Mobile, AL 36607

Tucker, Aaron Maurice
5713 Foxfire Lane
Mobile, AL 36618

Vaughns, David W.
901 West Main Street
Prichard, AL 36610

Veal, Latoya S.
3350 Sheringham Drive
Mobile, AL 36609

Walker, Jr., Donald
10425 Dereida Ln.
Chuncula, AL 36512

Walters, Beverly
4512 Golfway Drive
Eight Mile, AL 36613

Ward, Grenetta J.
3510 Lott Road
Mobile, AL 36613

Warsham, George A.
10089 Pineview Ln
Mobile, AL 36608

West, Joshua
5120 Pineview Lane
Mobile, AL 36608

Westley, Jr., Michael H.
23425 Vaughn Road
Robertsdale, AL 36567

Westry, Courtney
5201 Dodge Ct.
Mobile, AL 36693

White, Temeka
3636 Minmarsue Drive
Whistler, AL 36612

Williams, Johnnie Lee
315 Dakota Street
Prichard, AL 36610

Williams, Lendora
412 N. Ann Street
Mobile, AL 36603

Williams, Raquel
1064 South Ann Street
Mobile, AL 36605

Williams, Tara A.
370 West Street
Mobile, AL 36604

Williams, Timothy
5235 Brierwood
Satsuma, AL 36572

Wilson, Gennell W.
2558 Woodruff Street
Mobile, AL 36607

Winkes, Elizabeth
124 Idlewood Drive
Chickasaw, AL 36611

Woodard, Robbee
9144 Oscar Thompson Road
Theodore, AL 36582

Bobby R. Murray
4016 Main Street
Mobile, AL 36612