UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

CITY OF PRICHARD,            CASE NO. 09-15000-WSS

Debtor.            Chapter 9

## ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE

R. Scott Williams, Counsel for the Debtor
C. Michael Smith, Counsel for the Debtor
Donald J. Stewart, Counsel for Scott Balzer, Willie Banks, Maurice Brown, Nate Doss, Dorothy Farrell, Charles Kennedy, Ethel McNeil and Lendora H. Williams ("Certain Prichard employees")
Travis M. Bedsole, Bankruptcy Administrator

This matter came on for hearing on the motion to dismiss filed by certain Prichard employees. The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Order of Reference of the District Court. The Court made findings of fact and conclusions of law on the record which are incorporated herein by reference. Therefore, it is hereby

**ORDERED** that the motion to dismiss filed by certain Prichard employees is **GRANTED**, and the above-styled case is **DISMISSED**.

Dated: August 31, 2010

*William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE