IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: )<br>)<br>CITY OF PRICHARD, ALABAMA, )<br>)<br>Debtor. ) | Chapter 9<br>Case No.: 09-15000 |

**NOTICE OF FILING EXHIBITS B-1 AND B-2 TO
SIXTH AMENDED DISCLOSURE STATEMENT**

COMES NOW the City of Prichard, Alabama by and through its undersigned counsel of record and files the attached Exhibits B-1 and B-2 to its Sixth Amended Disclosure Statement.

Respectfully submitted this 27th day of January, 2014.

          Respectfully submitted,

          /s/ R. Scott Williams
          R. Scott Williams
          Counsel for City of Prichard, Alabama

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
2204 Lakeshore Drive
Lakeshore Park Plaza, Suite 125
Birmingham, AL 35209
Phone: (205) 327-5550
swilliams@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically served this the 27th day of January, 2014 in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

                                                  /s/ R. Scott Williams
                                                      Of Counsel

6489921.1

# EXHIBIT

# B – 1

**Current Revenue**

The tables below details the revenue received during the month and the "Same Period Last Year" (SPLY) December 31, 2012.

| Description | BUDGET FY 2014 | 12/31/2013 Monthly Budget | Actual | Variance |
|---|---|---|---|---|
| Fines & Fees | 403,900 | 33,658 | 18,126 | (15,532) |
| Taxes & Licenses | 7,473,142 | 622,762 | 645,693 | 22,931 |
| Other Revenue | 1,599,210 | 133,268 | 101,867 | (31,401) |
| Golf Course Revenue | 35,000 | 2,917 | 1,588 | (1,329) |
| Permits & Fees | 80,500 | 6,708 | 3,073 | (3,635) |
| Operating Transfers In | 781,252 | 65,104 | 100,000 | 34,896 |
| Misc Grant Revenue | 0 | 0 | 0 | 0 |
| Loan | 0 | 0 | 0 | 0 |
| Insurance | | | 0 | 0 |
| Misc Revenue | 0 | 0 | 0 | 0 |
| Total | $10,373,004 | $864,417 | $870,346 | $5,929 |

| Description | SPLY 12/31/2012 Actual | Variance |
|---|---|---|
| Fines & Fees | 10,100 | 8,027 |
| Taxes & Licenses | 591,472 | 54,221 |
| Other Revenue | 114,670 | (12,803) |
| Golf Course Revenue | 0 | 1,588 |
| Permits & Fees | 2,610 | 463 |
| Operating Transfers In | 0 | 100,000 |
| Misc Grant Revenue | 0 | 0 |
| Loan | 0 | 0 |
| Insurance | 5,476 | (5,476) |
| Misc Revenue | 0 | 0 |
| Total | $724,326 | $146,020 |

The table below summarizes the revenue received October 01, 2013 thru December 31, 2013 and the "Same Period Last Year" (SPLY) October 01, 2012 thru December 31, 2012.

| Description | BUDGET FY 2014 | 10/01/2013-12/31/2013 Monthly Budget | Actual | Variance |
|---|---|---|---|---|
| Fines & Fees | 403,900 | 100,975 | 67,589 | (33,386) |
| Taxes & Licenses | 7,473,142 | 1,868,286 | 1,479,741 | (388,544) |
| Other Revenue | 1,599,210 | 399,803 | 330,024 | (69,778) |
| Golf Course Revenue | 35,000 | 8,750 | 3,418 | (5,332) |
| Permits & Fees | 80,500 | 20,125 | 11,179 | (8,946) |
| Operating Transfers In | 781,252 | 195,313 | 296,481 | 101,168 |
| Misc Grant Revenue | 0 | 0 | 0 | 0 |
| Loan | 0 | 0 | 0 | 0 |
| Insurance | 0 | 0 | 1,816 | 1,816 |
| Misc | 0 | 0 | 0 | 0 |
| Total | $10,373,004 | $2,593,251 | $2,190,249 | ($403,002) |

| Description | SPLY 10/01/2012- Actual | Variance |
|---|---|---|
| Fines & Fees | 45,182 | 22,407 |
| Taxes & Licenses | 1,411,243 | 68,498 |
| Other Revenue | 370,764 | (40,740) |
| Golf Course Revenue | 0 | 3,418 |
| Permits & Fees | 15,825 | (4,646) |
| Operating Transfers In | 180,000 | 116,481 |
| Misc Grant Revenue | 0 | 0 |
| Loan | 0 | 0 |
| Insurance | 7,106 | (5,290) |
| Misc Revenue | 0 | 0 |
| Total | $2,030,120 | $160,129 |

## Current Expenses

The table below summarizes the expenses December 31, 2013 and the "Same Period Last Year" (SPLY) December 31, 2012.

| Description | BUDGET FY 2014 | 12/31/2013 Monthly Budget | 12/31/2013 Actual | 12/31/2013 Variance | Description | SPLY 12/31/2012 Actual | SPLY 12/31/2012 Variance |
|---|---|---|---|---|---|---|---|
| Lease | 36,200 | 3,017 | 3,605 | 588 | Lease | 5,560 | (1,955) |
| Payroll Expenses* | 5,138,718 | 428,227 | 517,842 | 89,616 | Payroll Expenses | 360,314 | 157,528 |
| Contract | 3,000 | 250 | 0 | (250) | Contract | 0 | 0 |
| Miscellaneous | 216,600 | 18,050 | 17,007 | (1,043) | Miscellaneous | 12,798 | 4,208 |
| Discretionary Exp | 65,000 | 5,417 | 4,535 | (881) | Discretionary Exp | 1,220 | 3,315 |
| Vehicle Repair | 116,937 | 9,745 | 13,943 | 4,198 | Vehicle Repair | 7,286 | 6,657 |
| Travel | 14,950 | 1,246 | 3,282 | 2,036 | Travel | 85 | 3,197 |
| Cell Phones | 49,175 | 4,098 | 3,689 | (408) | Cell Phones | 3,093 | 597 |
| Gas & Oil Inventory | 366,700 | 30,558 | 12,635 | (17,923) | Gas & Oil Inventory | 10,066 | 2,569 |
| Insurance* | 1,196,506 | 99,709 | 125,693 | 25,984 | Insurance | 115,588 | 10,105 |
| Real Estate Upkeep | 37,000 | 3,083 | 273 | (2,810) | Real Estate Upkeep | 1,076 | (803) |
| Utilities | 1,023,500 | 85,292 | 86,335 | 1,044 | Utilities | 88,862 | (2,527) |
| Miscellaneous Overhead | 1,629,653 | 135,804 | 73,338 | (62,467) | Miscellaneous Overhead | 16,350 | 56,988 |
| Appropriations | 124,500 | 10,375 | 7,357 | (3,018) | Appropriations | 7,139 | 218 |
| Budget Reserve | 207,465 | 17,289 | 0 | (17,289) | Budget Reserve | 0 | 0 |
| Bankruptcy Exp | 100,000 | 8,333 | 10,000 | 1,667 | Bankruptcy Exp | 0 | 10,000 |
| Other Financing | 47,100 | 3,925 | 0 | (3,925) | Other Financing | 0 | 0 |
| Transfers Out | 0 | 0 | 0 | 0 | Transfers Out | 0 | 0 |
| Total | $10,373,004 | $864,417 | $879,535 | $15,118 | Total | $629,438 | $250,097 |

*Notes:
Payroll Expenses- Payroll increased in December due to hiring five police officers bring the the department up to compliment.

## YTD Expenses

The table below summarizes the expenses October 01, 2013 thru December 31, 2013 and the "Same Period Last Year" (SPLY) October 01, 2012 thru December 31, 2012.

| Description | BUDGET FY 2014 | Monthly Budget | 10/01/2013-12/31/2013 Actual | Variance | Description | SPLY 10/01/2012- Actual | Variance |
|---|---|---|---|---|---|---|---|
| Lease | 36,200 | 9,050 | 7,619 | (1,431) | Lease | 11,760 | (4,141) |
| Payroll Expense | 5,138,718 | 1,284,680 | 1,035,121 | (249,558) | Payroll Expenses | 1,135,649 | (100,528) |
| Contract | 3,000 | 750 | 2,000 | 1,250 | Contract | 0 | 2,000 |
| Miscellaneous | 216,600 | 54,150 | 59,234 | 5,084 | Miscellaneous | 39,440 | 19,794 |
| Discretionary Exp | 65,000 | 16,250 | 6,422 | (9,828) | Discretionary Exp | 30,762 | (24,339) |
| Vehicle Repair | 116,937 | 29,234 | 40,943 | 11,709 | Vehicle Repair | 29,838 | 11,105 |
| Travel | 14,950 | 3,738 | 4,566 | 828 | Travel | (8) | 4,574 |
| Cell Phones | 49,175 | 12,294 | 11,268 | (1,026) | Cell Phones | 9,819 | 1,449 |
| Gas & Oil Inventory | 366,700 | 91,675 | 61,737 | (29,938) | Gas & Oil Inventory | 90,989 | (29,252) |
| Insurance | 1,196,506 | 299,127 | 337,032 | 37,905 | Insurance | 316,335 | 20,697 |
| Real Estate Upkeep | 37,000 | 9,250 | 4,767 | (4,483) | Real Estate Upkeep | 8,867 | (4,100) |
| Utilities | 1,023,500 | 255,875 | 220,076 | (35,799) | Utilities | 260,851 | (40,775) |
| Miscellaneous Overhead | 1,629,653 | 407,413 | 296,314 | (111,099) | Miscellaneous Overhead | 381,840 | (85,527) |
| Appropriations | 124,500 | 31,125 | 31,530 | 405 | Appropriations | 28,039 | 3,490 |
| Budget Reserve | 207,465 | 51,866 | 0 | (51,866) | Budget Reserve | 0 | 0 |
| Bankruptcy Exp | 100,000 | 25,000 | 10,000 | (15,000) | Bankruptcy Exp | 23,057 | (13,057) |
| Other | 47,100 | 11,775 | 0 | (11,775) | Other Financing | 0 | 0 |
| Transfer Out | 0 | 0 | 0 | 0 | Transfers Out | 0 | 0 |
| Total | $10,373,004 | $2,593,251 | $2,128,628 | ($464,623) | Total | $2,367,239 | ($238,611) |

# EXHIBIT

# B – 2

```
GENERAL LEDGER - GL3016        REVENUE SUMMARY              1:27PM 01/17/14
CITY OF PRICHARD               AS OF 12/31/13                       PAGE 1

DESCRIPTION                               CURR. MO.              YTD


101 - Fines & Fees
Police Fines & Costs                       9,585.14          25,794.75
Environmental Court Fines                    115.00           3,216.00
Court Revenue Training/Equip.                 66.00             188.00
Traffic Court/Drive School                 8,280.00          38,225.00
Animal Pound Fees                             80.00             165.00
Business License Penalty PY                    0.00               0.00
Business Lic Penalty Curr Year                 0.00               0.00
FINES & FEES TOTAL                        18,126.14          67,588.75

Beer Taxes-County                         23,367.18          50,531.44
Gross Receipts Sales Taxes               373,248.07         943,238.72
Motor Vehicle Licenses                    16,440.94          21,908.75
Business Privilege Tax-State                   0.00               0.00
GAS TAX:332-2000                           1,317.87          68,184.60
GAS TAX CNTY COLL: 332-2100               44,287.78          71,530.53
Cigarette Taxes                            7,500.00          23,800.00
Liquor Taxes                                 814.16           5,146.30
Business Licenses Current Year            47,893.57          59,083.28
State Auto Licenses                            0.00               0.00
Oil Taxes (state)                            392.92           1,626.83
Delinquent Property Taxes                    422.00             995.05
Lodging Taxes                              2,085.26           6,119.51
Tobacco Taxes                              2,336.37           5,414.96
Ad Valorem Taxes                         125,586.38         222,161.29
TAXES & LICENSES TOTAL                   645,692.50       1,479,741.26

Miscellaneous Revenues                     2,552.49           8,279.06
COURTS CREDIT CARD REV                         0.00             969.00
Interest Income-Money Market                   3.41               7.94
Interest Rainy Day Fund                       32.24              32.24
Rental Revenue Billboards                      0.00             833.32
Stadium Use, Fees & Parking                    0.00           7,680.00
Rental Revenue City Property                 200.00             700.00
Municipal Service Fees                    96,992.75         303,859.19
Animal Shelter Rent                            0.00               0.00
Refund                                         9.02               9.02
Demolition Assessments                       650.00             750.00
ABC Store Profits                          1,426.97           5,323.38
Payment in Lieu of Taxes                       0.00               0.00
Beer, Liquor, & Wine Applicatn                 0.00              25.00
Planning Board Income                          0.00             600.00
Board of Adj/Zoning Income                     0.00             202.76
Cable TV Franchise Fees                        0.00             753.53
MEMBERSHIP DUES                                0.00               0.00
GREENS FEES                                  596.00           2,426.74
TOURNAMENT FEES                                0.00               0.00
CART FEES                                    833.00             833.00
DRIVING RANGE                                108.00             108.00
```

Case 09-15000    Doc 398    Filed 01/27/14    Entered 01/27/14 15:33:39    Desc Main
Document    Page 8 of 9

```
GENERAL LEDGER - GL3016        REVENUE SUMMARY              1:27PM 01/17/14
CITY OF PRICHARD               AS OF 12/31/13                      PAGE 2

DESCRIPTION                        CURR. MO.                   YTD
```

| DESCRIPTION | CURR. MO. | YTD |
|---|---:|---:|
| SNACKS | 0.00 | 0.00 |
| BEVERAGES | 25.00 | 25.00 |
| BEER | 15.75 | 15.75 |
| PRO SHOP RETAIL | 10.00 | 10.00 |
| MISC REVENUE | 0.00 | 0.00 |
| OTHER REVENUES TOTAL | 103,454.63 | 333,442.93 |
| | | |
| Building Permits/Inspect. Fees | 490.00 | 3,368.00 |
| Electrical Permits & Insp Fees | 1,226.20 | 3,051.20 |
| Plumbing Permits & Insp Fees | 44.00 | 316.00 |
| 25% License Permits | 413.00 | 2,069.00 |
| Plan Review Fees | 900.00 | 2,375.00 |
| PERMITS & FEES TOTAL | 3,073.20 | 11,179.20 |
| | | |
| Transfer from Special Gas | 50,000.00 | 175,000.00 |
| 4 Cents Gasoline Tax Fund Tran | 50,000.00 | 100,000.00 |
| Transfer from Correction Fund | 0.00 | 0.00 |
| Transfer from Senior Citizens | 0.00 | 0.00 |
| Transfers from Other Funds | 0.00 | 21,481.42 |
| TRANSFERS FR OTHER FUNDS TOTAL | 100,000.00 | 296,481.42 |
| | | |
| Insurance Procceds | 0.00 | 1,815.50 |
| OTHER FINANCING SOURCES TOTAL | 0.00 | 1,815.50 |
| | | |
| FUND TOTAL | 870,346.47 | 2,190,249.06 |
| | | |
| FINAL TOTAL | 870,346.47 | 2,190,249.06 |