UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

CITY OF PRICHARD, ALABAMA                                CASE NO. 09-15000

Debtor.                                                  Chapter 9

ORDER APPROVING WITHDRAWAL OF MOTION

After due consideration of the Notice of Withdrawal of Motion For Entry Of Order Dismissing Case For Want Of Prosecution And Unreasonable Delay (Doc. No. 407) filed by Movants Fredrick Chambers, Anthony Daniels, Nate Doss, and Charles Kennedy, the Court approves the withdrawal of Doc. No. 390 on the basis set out in Movants' Notice of Withdrawal.

**Dated:   February 20, 2014**

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE