# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:                                          )
                                                )
CITY OF PRICHARD, ALABAMA                       )   Bankruptcy Case No.: 09-15000
                                                )   Chapter 9 Proceeding
        Debtor.                                 )

## SUPPLEMENT AND FURTHER MODIFICATION TO REVISED SIXTH AMENDED PLAN OF ADJUSTMENT

COMES NOW, the undersigned and on behalf of the City of Prichard, pursuant to Bankruptcy Code § 1127(a) and Bankruptcy Rule 3019 files the further plan modification attached hereto as Exhibit A.

Done this 27th day of May, 2014.

/s/ R. Scott Williams
Attorney for City of Prichard, Alabama

Of Counsel:
Rumberger, Kirk & Caldwell, P.C.
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, Alabama 35209
Telephone:   (205)327-5550
Facsimile:   (205)326-6786

## Certificate of Service

I hereby certify that a copy of the foregoing was served on the Class III parties of the City of Prichard by U.S. Mail, First Class, postage pre-paid and properly addressed on the 27th day of May, 2014.

/s/ R. Scott Williams
Of Counsel

# EXHIBIT

# A

Class VIII: Retired Post Petition Date and Early Retiree Employees. This class shall consist of the pension benefit claims of persons (i) who were employed on the Petition Date, with an initial employment date on or before 19 years prior to the Effective Date of the Plan, or (ii) who retired after the Petition Date and before the Effective Date but are not parties to the Retiree Settlement Agreement, and shall include the pension benefit claims of the surviving spouses of such persons. This Class includes current employees who are vested under Act 107 and age eligible to retire on the Effective Date or who become age eligible within one year of the Effective Date, current employees with an initial employment date on or before 19 years prior to the Effective Date who are both not vested under Act 107 and not age eligible to retire on the Effective Date, and retired employees who were employed on the Petition Date but retired prior to the Effective Date, excluding any retired employee who is a party to the Retiree Settlement Agreement.