UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF PRICHARD, ALABAMA | ) | Bankruptcy Case No.: 09-15000 |
| | ) | Chapter 9 Proceeding |
| Debtor. | ) | |

## MOTION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT

COMES NOW the City of Prichard, by and through counsel, and requests that the Court continue for a period of one week the confirmation hearing on the Debtor's Plan of Adjustment which is currently set for June 3, 2014. As grounds for said motion the Debtor would show that the election, which is also scheduled for June 3, 2014, to determine whether the Prichard Water Board will continue to service the City's residents or whether that function will be taken over by the Mobile Area Water and Sewer System will potentially impact the City's revenue stream and may require the City to amend the budget filed by the City in its Disclosure Statement and Plan of Adjustment.

WHEREFORE, the Debtor requests that the Court reset this hearing on June 10, 2014, and such other different relief as the Court deems appropriate.

Respectfully submitted,

/s/ R. Scott Williams
R. Scott Williams
C. Michael Smith
Counsel for the City of Prichard, Alabama

Of Counsel:
RUMBERGER, KIRK & CALDWELL, P.C.
Lakeshore Park Plaza
2204 Lakeshore Dr., Suite 125
Birmingham, AL 35209-6739
Telephone:     (205)327-5550
Facsimile:     (205)326-6786
Email:  swilliams@rumberger.com

C. Michael Smith
PAUL AND SMITH, P.C.
150 South Dearborn St.
Mobile, Alabama 36602
Telephone:     (251)433-0588
Facsimile:     (251)433-0594
paulandsmithpc@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically served this the 29th day of May, 2014, in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.


/s/R. Scott Williams
Of Counsel