UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF PRICHARD, ALABAMA | ) | Bankruptcy Case No.: 09-15000 |
| | ) | Chapter 9 Proceeding |
| Debtor. | ) | |

# REPORT ON BALLOTS ACCEPTING OR REJECTING PLAN OF ADJUSTMENT

COMES NOW the City of Prichard, by and through its undersigned counsel of record, and submits this Report on Ballots Accepting or Rejecting Plan of Adjustment (the "Plan"). The Plan submitted by the Debtor listed eleven classes of claims or interests. Hereinafter set forth is a summary of the balloting by class:

## Classes I, II and III

Creditors in classes I, II and III are not impaired, are presumed to have accepted the Plan, and therefore were not eligible to vote on the Plan.

## Classes IV through XI

Creditors in classes IV through XI are impaired under the Plan and were eligible to vote. A summary of the ballots for each class is as follows:

**Class IV – Claims of Quasi-Governmental Entities**

Number of Creditors Voting -   0

   Number of Creditors Accepting - 0

   Amount - $0.00

   Number of Creditors Rejecting - 0

   Amount -     $0.00

No Creditors in this class have voted on this Plan, but the Court should note that the Mobile County Health Department has filed an objection to the Plan.

### Class V – Ordinary Course of Business Claim

<u>Number of Creditors Voting</u> -   2

<u>Number of Creditors Accepting</u> - 2[1]

<u>Amount</u> - $15,807.62

<u>Number of Creditors Rejecting</u> - 0

<u>Amount</u> -        $0.00

Class V has accepted the Plan.

### Class VI – Ordinary Course Insurance Claims

<u>Number of Creditors Voting</u> -   1

<u>Number of Creditors Accepting</u> - 0

<u>Amount</u> - $0.00

<u>Number of Creditors Rejecting</u> - 1

<u>Amount</u> -        Unspecified

Class VI has rejected the Plan.  The party submitting the unspecified rejecting ballot has also filed an objection to the Plan.

### Class VII – Current Employee Retirement Claims

<u>Number of Creditors Voting</u> -   18

<u>Number of Creditors Accepting</u> - 16

<u>Amount</u> - $79,770.78[2]

<u>Number of Creditors Rejecting</u> - 2

<u>Amount</u> -        $30,762.70[2]

Class VII has Accepted the Plan.

---

[1] One creditor voting a claim in Class V also voted what appears to be the same claim as a Class XI creditor. Neither inclusion or exclusion of this creditor from Class V effects the acceptance of the Plan by Class V.

[2] Numerous creditors voting to accept or reject the Plan failed to list the amount of their claim on the ballot. Therefore, the dollar amounts shown are based on the amount the Debtor shows as being owed to these creditors.

**Class VIII – Retired Post Petition Date and Early Retiree Employees**

    Number of Creditors Voting -   19

        Number of Creditors Accepting - 18

        Amount - $501,421.97[2]

        Number of Creditors Rejecting - 1

        Amount -       $21,738.96[2]

Class VIII has accepted the Plan.

**Class IX – Retired Vested Employees Covered in Pension Settlement Class**

    Number of Creditors Voting -   2[3]

        Number of Creditors Accepting - 2

        Amount – Not Listed

        Number of Creditors Rejecting - 0

        Amount -       $0.00

Class IX has accepted the Plan.

**Class X – Former Non-Vested Employee Pension Claims**

    Number of Creditors Voting -   16

        Number of Creditors Accepting - 15

        Amount - $62,185.80[2]

        Number of Creditors Rejecting - 1

        Amount -       $22,387.03[2]

Class X has accepted the Plan.

---

[3] This includes the ballot submitted by Robert Hodge, as counsel to this class, voting in favor pursuant to the previously entered into settlement agreement with the Debtor.

**Class XI – General Unsecured Claims, Non-ordinary Course of Business and Deficiency Claims**

<u>Number of Creditors Voting</u> -   1

<u>Number of Creditors Accepting</u> - 1

<u>Amount</u> - $6,381.77[4]

<u>Number of Creditors Rejecting</u> - 0

<u>Amount</u> -      $0.00

Class XI has accepted the Plan.

### Other Ballots Received

One ballot was received that neither accepted or rejected the Plan. One accepting ballot was received without any information to identify the class of claim being voted or the filer of the ballot. This ballot is not included in any of the above tabulations. Three duplicate ballots were received and were only counted as one vote each in the above tabulations. Finally, seven ballots were received late. Of those seven, six accepted the Plan and one rejected the Plan. However, the only ballot identifying a class of claim being voted was an accepting ballot for Class XI. None of these seven ballots have been included in the tabulations above.

Respectfully submitted,

/s/ R. Scott Williams
R. Scott Williams
C. Michael Smith
Counsel for the City of Prichard, Alabama

---

[4] This creditor also voted what appears to be the same claim as a Class V creditor. Neither inclusion or exclusion of this creditor from Class V effects the acceptance of the Plan by Class V.

Of Counsel:
RUMBERGER, KIRK & CALDWELL, P.C.
Lakeshore Park Plaza
2204 Lakeshore Dr., Suite 125
Birmingham, AL 35209-6739
Telephone:     (205)327-5550
Facsimile:     (205)326-6786
Email:  swilliams@rumberger.com

C. Michael Smith
PAUL AND SMITH, P.C.
150 South Dearborn St.
Mobile, Alabama 36602
Telephone:     (251)433-0588
Facsimile:     (251)433-0594
paulandsmithpc@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically served this the 26th day of June, 2014, in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.



/s/R. Scott Williams
Of Counsel