# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CITY OF PRICHARD, ALABAMA** | ) | **Bankruptcy Case No.: 09-15000** |
| | ) | **Chapter 9 Proceeding** |
| **Debtor.** | ) | |

### DOCUMENT IN SUPPORT OF CONFIRMATION OF SERVICE

COMES NOW the undersigned and files on behalf of the City of Prichard and files this pleading in support of confirmation. Specifically, the pleading attached is an Affidavit of Service of appropriate documents related to the pending Plan of Reorganization that is set for the Court to hear on July 1, 2014.

Respectfully submitted this 26th day of June, 2014.

        /s/ R. Scott Williams
        R. Scott Williams
        Counsel for the City of Prichard, Alabama

Of Counsel:
RUMBERGER, KIRK & CALDWELL, P.C.
Lakeshore Park Plaza
2204 Lakeshore Dr., Suite 125
Birmingham, AL 35209-6739
Telephone:     (205)327-5550
Facsimile:     (205)326-6786
Email: swilliams@rumberger.com

C. Michael Smith
PAUL AND SMITH, P.C.
150 South Dearborn St.
Mobile, Alabama 36602
Telephone:     (251)433-0588
Facsimile:     (251)433-0594
paulandsmithpc@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically served this the 26th day of June, 2014, in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

_____/s/R. Scott Williams_____
Of Counsel

6969857.1

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

In re: )
)
**CITY OF PRICHARD, ALABAMA** )     **Bankruptcy Case No.: 09-15000**
)     **Chapter 9 Proceeding**
Debtor. )

## AFFIDAVIT OF SERVICE

STATE OF ALABAMA )
)
JEFFERSON COUNTY )

Before me, the undersigned Notary Public, authorized by law to administer oaths, appeared Mary Jane Barnette, who swore of her own personal knowledge that the following facts are true:

1.     My name is Mary Jane Barnette. I am over the age of nineteen, a resident of Jefferson County, Alabama and employed by Rumberger, Kirk & Caldwell, P.C., as a paralegal.

2.     I hereby certify that on the 28th day of April, 2014, I caused to be served by U.S. Mail, First Class, postage pre-paid and properly addressed, true and correct copies of the Order on Disclosure Statement and Schedule for Plan of Adjustment (the "Order") [Docket No. 417], the Revised Sixth Amended Disclosure Statement of City of Prichard [Docket No. 415], the Revised Sixth Amended Plan of Adjustment [Docket No. 414] and a Ballot for Accepting or Rejecting Plan of Adjustment on all parties shown on the Matrix maintained by the Clerk of this Court and upon the parties shown on the attached Exhibit A.

3.     I hereby certify that in accordance with the Order, I caused the Notice of Deadline for Ballots for All Creditors (Exhibit B to the Order) to be published in the Mobile Press-Register on April 20 & 27, 2014 and May 4, 2014. Attached hereto as Exhibit B is a copy of the affidavit of publication.

4.    I hereby certify that on the 14th day of May, 2014, I caused the Modification to Revised Sixth Amended Plan of Adjustment [Docket No. 420] to be served by U.S. Mail, First Class, postage pre-paid and properly addressed, upon the current employees shown on the attached Exhibit C.

5.    I hereby certify that on the 27th day of May, 2014 I caused the Supplement and Further Modification to Revised Sixth Amended Plan of Adjustment [Docket No. 424] to be served by U.S. Mail, First Class, postage pre-paid and properly addressed, upon the Class VIII parties shown on the attached Exhibit D.

Mary Jane Barnette

Sworn to and subscribed before me on
this ___ day of June, 2014.

Notary Public
My Commission Expires: _____

BRANDI M WOLFE
My Commission Expires
January 14, 2018

6836492.1

# EXHIBIT

# A

| NAME | ADDRESS | CITY, ST, ZIP | First | Last |
|------|---------|---------------|-------|------|
| Joshua Adair | 10656 OLD HIGHWAY 43 | CREOLA, AL 36525 | Joshua | Adair |
| Clarence J. Adams | 6624 BLAKELEY COURT | MOBILE, AL 36695-3296 | Clarence J. | Adams |
| LaCynthia Adams | 115 SO. JDSEPH AVENUE | PRICHARD, AL 36610 | LaCynthia | Adams |
| David V. Adams JR. | 5950 HARMON LANE | THEODORE, AL 36582 | David V. | Adams, Jr |
| Gail Ambrose | 7334 WILLOW POINTE DRIVE NORTH | MOBILE, AL 36695 | Gail | Ambrose |
| Michelle Anderson | 132 N. ANDERSON AVENUE | PRICHARD, AL 36610 | Michelle | Anderson |
| Bart Andrews | 966 LINLEN AVE. | MOBILE, AL 36609 | Bart | Andrews |
| Bart L. Andrews | 966 LINLEN AVENUE | MOBILE, AL 36609 | Bart L. | Andrews |
| Matthew Banks | 645 CALDERWOOD CT. | PENSACOLA, FL 32534 | Matthew | Banks |
| Willie E. Banks | 617 NEELY AVENUE | PRICAHRD, AL 36610 | Willie E. | Banks |
| Allan Barnes | P.O. BOX 850201 | MOBILE, AL 36685 | Allan | Barnes |
| Adam Bartl | 34680 KEE AVE. | LILLIAN, AL 36549 | Adam | Bartl |
| Albert Bauer | 221 MONTCLAIR LOOP | DAPHNE, AL 36526 | Albert | Bauer |
| Brian M. Beard | 6901 OVERLOOK ROAD | MOBILE, AL 36618 | Brian M. | Beard |
| Lorenzo Bennett JR. | 3513 KENT ROAD | MOBILE, AL 36605 | Lorenzo | Bennett |
| Fernando Billups | 550 MARKHAM DRIVE | MOBILE, AL 36609 | Fernando | Billups |
| Kenneth Blair | 6200 AIRPORT BLVD #172 | MOBILE, AL 36608 | Kenneth | Blair |
| Hugh Bohannon | 715 ARTILLERY RANGE | SPANISH FORT, AL 36527 | Hugh | Bohannon |
| Joshua Boltz | 5702 LUNDY ROAD | THEODORE, AL 36582 | Joshua | Boltz |
| Calvin Bosarge | 11359 PADGETT SWITCH RD | IRVINGTON, AL 36544 | Calvin | Bosarge |
| Michael D. Bowick | 110 6TH AVENUE | CHICKASAW, AL 36611 | Michael D. | Bowick |
| Genevieve Boykin | 341 E. PETAIN STREET | PRICHARD, AL 36610 | Genevieve | Boykin |
| Jessica M. Brandow | 657 DUMONT STREET | CHICKASAW, AL 36611 | Jessica M. | Brandow |
| Victor Brewer | 206 SANDERS CIRCLE | PRICHARD, AL 36610 | Victor | Brewer |
| LeCedric Browe | 1049 COTTRELL STREET | MOBILE, AL 36605 | LeCedric | Browe |
| Andre Brown | 908 VICTORY DR. W | MOBILE, AL 36606 | Andre | Brown |
| Angela M. Brown | 3776 SELESTE DRIVE | MOBILE, AL 36618 | Angela M. | Brown |
| April Brown | 2402 PAULINE DR | MOBILE, AL 36605 | April | Brown |
| Carolyn Brown | 4715 E. SHARPLESS DRIVE | EIGHT MILE, AL 36613 | Carolyn | Brown |
| Maurice L. Brown | 4600 MICHAEL DRIVE | EIGHT MILE, AL 36613 | Maurice L. | Brown |

Case 09-15000    Doc 421    Filed 05/14/14    Entered 05/14/14 10:53:08    Desc Main
Document        Page 3 of 15

| Name | Address | City/State/Zip | First | Last |
|---|---|---|---|---|
| Micheal Brown | 2287 SCHILLINGER ROAD S. #802 | MOBILE, AL 36695 | Micheal | Brown |
| Rodney Brown | 263 PINEHILL DR. | MOBILE, AL 36606 | Rodney | Brown |
| Christian T. Bryant | 432 HOUNDS RUN E. | MOBILE, AL 36608 | Christian T. | Bryant |
| Robert Buchanan | 1651 KNOLLWOOD DRIVE #196 | MOBILE, AL 36609 | Robert | Buchanan |
| Christina Bump | 730 LEMOYNE CIR N | AXIS, AL 36505 | Christina | Bump |
| Clarence E. Burden | 2152 GIBSON STREET | MOBILE, AL 36617 | Clarence E. | Burden |
| Edmond Burke | 341 JACKSON STREET | CHICKASAW, AL 36611 | Edmond | Burke |
| Stephen M. Butler | 59 SEMMES AVENUE | MOBILE, AL 36604 | Stephen M. | Butler |
| Nathan B. Cain | 401 SANCTUARY CV | FAIRHOPE, AL 36532-7901 | Nathan B. | Cain |
| Paul Campbell | 403 EDISDN DR. | PRICHARD, AL 36610 | Paul | Campbell |
| Carl Cannon | 112 MAUVILLA DR | CHICKASAW, AL 36611 | Carl | Cannon |
| Daniel Carberry | 609 E. SUNSET AVE | PENSACOLA, FL 32507 | Daniel | Carberry |
| Dallas R. Carl | 5708 KNIGHTS CT. | MOBILE, AL 36609 | Dallas R. | Carl |
| Cody B. Carraway | 7 CYPRESS POND CIRCLE | FOLEY, AL 36535-2436 | Cody B. | Carraway |
| Lawanna Y. Carson | 2917 JARRELL DRIVE | WHISTLER, AL 36612 | Lawanna Y. | Carson |
| Kevin Carter | 404 AUGUSTA STREET | MOBILE, AL 36617 | Kevin | Carter |
| Samuel A. Castleberry | 2120 WILDWOOD PLACE | MOBILE, AL 36605 | Samuel A. | Castleberry |
| Chad Cates | 5151 HATCHETT DR. | GRAND BAY, AL 36541 | Chad | Cates |
| Fredrick Chambers | 10880 HEIDI CT. E. | GRAND BAY, AL 36541 | Fredrick | Chambers |
| Casey Chumney | 5460 DREXEL DRIVE | THEODORE, AL 36582 | Casey | Chumney |
| Aleksander Cika | 4007 MEADOW WOOD CURVE | MOBILE, AL 36609 | Aleksander | Cika |
| Robisha Coker | 1214 SKIPPER DR | MOBILE, AL 36608 | Robisha | Coker |
| Sheila Cooley | 3749 SUPERIOR DR | EIGHT MILE, AL 36613 | Sheila | Cooley |
| Mike Costigan | P.O. BOX 272 | MAGNOLIA SPRINGS, AL 36555 | Mike | Costigan |
| Charles Couey | 5037 NEWBURN RD. | EIGHT MILE, AL 36613 | Charles | Couey |
| Joseph Crawford | 36 HARVARD COMMON | PORTLAND, ME D4103 | Joseph | Crawford |
| Robert Earl Crawford | 2411 BOYETT STREET | MOBILE, AL 36617 | Robert Earl | Crawford |
| Valerie Morris Crenshaw | 855 BANNEKER COURT | MOBILE, AL 36617 | Valerie Morris | Crenshaw |
| Ashley M. Crittenden | 4363 E. BIRCHWODD DRIVE | MOBILE, AL 36693 | Ashley M. | Crittenden |
| William Crook | 6427 GRELOT ROAD | MOBILE, AL 36695 | William | Crook |
| Marvin Dailey | 1152 BALTIMORE ST. | MOBILE, AL 36605 | Marvin | Dailey |
| Lelia Dale | 1509 CARLISLE DR. W. | MOBILE, AL 36618 | Lelia | Dale |

5/13/2014 12:30 PM

| | | | | |
|---|---|---|---|---|
| Anthony Daniel | 1732 GRACE AVENUE | EIGHT MILE, AL 36613 | Anthony | Daniel |
| Daniel Daugherty | 10128 SUMMERFIELD WAY | MOBILE, AL 36695 | Daniel | Daugherty |
| Gregory Davis | 4709 WICKER WAY | MOBILE, AL 36609 | Gregory | Davis |
| Corey Delafosse | 1017 JOANEEN DRIVE | SARALAND, AL 36571 | Corey | Delafosse |
| John Deputy | 1615 BRYAN AVE | MOBILE, AL 36605 | John | Deputy |
| Guy DeWeever | 2318 WEST MAIN ST | PRICHARD, AL 36610 | Guy | DeWeever |
| Darlene Dinkins-Baker | 2411 CROSS STREET | MOBILE, AL 36610 | Darlene | Dinkins-Baker |
| Eugene Dooling | 102 GREENWOOD DRIVE | DAPHNE, AL 36526 | Eugene | Dooling |
| Nathaniel Doss | 4522 CHARLES HALL DRIVE | EIGHT MILE, AL 36613 | Nathaniel | Doss |
| Bernadette B. Duhose | 2434 BREWTON AVENUE | MOBILE, AL 36617 | Bernadette B. | Dubose |
| Joseph Dunagan | 5315 NOBLE LANE | MOBILE, AL 36619 | Joseph | Dunagan |
| Shirley Dunklin | 2116 HOPPIN STREET | MOBILE, AL 36605 | Shirley | Dunklin |
| Matthew Dyas | 4233 SHEPARD DR. S. | SARALAND, AL 36571 | Matthew | Dyas |
| Latesha Edwards | 2005 BARNES AVE | PRICHARD, AL 36610 | Latesha | Edwards |
| Marlon Edwards | 1307 ADAMS ST | MOBILE, AL 36603 | Marlon | Edwards |
| Samuel JL Ellison | 1300 SCHILLINGER ROAD, #D10 | MOBILE, AL 36695 | Samuel JL | Ellison |
| Lenard J. Essex | 300 GARDEN LANE #D | CHICKASAW, AL 36611 | Lenard J. | Essex |
| Marvin M. Evans | 9920 SOUTHFIELD RD | GRAND BAY, AL 36541-6116 | Marvin M. | Evans |
| Codey R. Faircloth | 1500 HILLCREST ROAD #1236 | MOBILE, AL 36695 | Codey R. | Faircloth |
| Lionel Fantroy | 4215 MOFFETT ROAD APT #116 | MOBILE, AL 36618 | Lionel | Fantroy |
| Dorothy A. Ferrell | 4712 HENRY ROAD | EIGHT MILE, AL 36613 | Dorothy A. | Ferrell |
| David Fitzpatrick | 7565 MOFFETT RD LOT 40 | MOBILE, AL 36618 | David | Fitzpatrick |
| John Flanagan | 351 MCQUEEN AVENUE | MOBILE, AL 36609 | John | Flanagan |
| Joshua Gentry | 10800 N SWIFT CHURCH ROAD #5 | FOLEY, AL 36535 | Joshua | Gentry |
| Christopher Gibson | 32224 BUZBEE RD. | SPANISH FORT, AL 36527 | Christopher | Gibson |
| Tonasha Giles | 5917 KINGSLEY CT | MOBILE, AL 36618 | Tonasha | Giles |
| Dorothy Gipson | 3651 SPRUCEWOOD LANE APT 34A | MOBILE, AL 36608 | Dorothy | Gipson |
| Elaine B. Godwin | 3624 VISTA RIDGE DRIVE | MOBILE, AL 36693 | Elaine B. | Godwin |
| Robert R. Golden Sr. | 10040 GULFCREST ROAD | CHUNCHULA, AL 36521 | Robert R. | Golden Sr |
| Timothy Gollotte | 2935 BARLETT DR. | MOBILE, AL 36608 | Timothy | Gollotte |
| Patrick Gorlon | 9975 WULFF ROAD S LOT 2 | SEMMES, AL 36641 | Patrick | Gorlott |
| Gregory Goult | 8090 NALO CREEK LOOP | PENSACOLA, FL 32514 | Gregory | Goult |

Case 09-15000  Doc 421  Filed 05/14/14  Entered 05/14/14 10:53:08  Desc Main
Document  Page 5 of 15

| | | | | |
|---|---|---|---|---|
| Paula Green | 2201 CECELIA STREET | MOBILE, AL 36617 | Paula | Green |
| Sammy Lee Green | 1417 AZALEA ROAD #120 | MOBILE, AL 36693 | Sammy Lee | Green |
| Konoshia Greene | 309 11TH AVE | CHICKASAW, AL 36611 | Konoshia | Greene |
| John LeBarron Greggs | 2803 LECRENE STREET | MOBILE, AL 36607 | John LeBarron | Greggs |
| Cornuis Griggs | 1620 GILDA CIRCLE | MOBILE, AL 36618 | Cornuis | Griggs |
| Taranja Griggs | 2724 EDGEWOOD STREET | MOBILE, AL 36607 | Taranja | Griggs |
| Ryan B. Haase | 29391 LOPER ROAD | LOXLEY, AL 36551 | Ryan B. | Haase |
| David Hale | 906 SEMLER STREET | PRICHARD, AL 36610 | David | Hale |
| Heather Hall | 1842 KNOX ST. APT 6 | LINCOLN, NE 68521 | Heather | Hall |
| Ryan Hall | 27642 US HIGHWAY 98 #923 | DAPHNE, AL 36526 | Ryan | Hall |
| Orie Hamilton | P.O. BOX 892 | FOLEY, AL 36535 | Orie | Hamilton |
| Robert Hardy | 557 HOLCOMBE AVE | MOBILE, AL 36606 | Robert | Hardy |
| Chastity Harper | 2707 RALSTON ROAD | MOBILE, AL 36606 | Chastity | Harper |
| Chastity L. Harper | 1013 SUMMERVILLE STREET | MOBILE, AL 36617 | Chastity L. | Harper |
| Marshall Scott Harris | 566 CRENSHAW STREET | MOBILE, AL 36606 | Marshall Scott | Harris |
| Michelle Haston | 2860 THORNHILL DRIVE | MOBILE, AL 36606 | Michelle | Haston |
| Anita Havel | 152 BRENTWOOD DRIVE | DAPHNE, AL 36526 | Anita | Havel |
| Natasha L. Hayward | 3222 WHISTLER STREET | WHISTLER, AL 36612 | Natasha L. | Hayward |
| Brandford W. Helveston | 4755 HUGGINS ROAD | WILMER, AL 36587 | Brandford W. | Helveston |
| Christopher B. Henning | 17500 HORSESHOE BEND | LOXLEY, AL 36551 | Christopher B. | Henning |
| Angela Henry | 298 CAPT. LEON ROBERTS | PRICHARD, AL 36610 | Angela | Henry |
| Joseph E. Herrin Jr. | 6075 CHILDREN STREET | MILTON, FL 32570 | Joseph E. | Herrin |
| James Hicks | 7855 BLACKBURN | CITRONELLE, AL 36522 | James | Hicks |
| Tatyana Hilling | 758 ST MICHAEL STREET #916 | MOBILE, AL 36617 | Tatyana | Hilling |
| Donna M. Hobson | 458 DEXTER AVENUE | MOBILE, AL 36604 | Donna M. | Hobson |
| Rusty Hodskins | 550 LAKEVIEW DR WEST | MOBILE, AL 36695 | Rusty | Hodskins |
| Rebecca Holcombe | 1105 BELVEDERE CIRCLE W. | MOBILE, AL 36606 | Rebecca | Holcombe |
| Martha Hollins | 2124 FELIX STREET | MOBILE, AL 36617 | Martha | Hollins |
| Pamela Holloway | 153 AZALEA DR. | CHICKASAW, AL 36611 | Pamela | Holloway |
| Joseph Holmes | 1404 CENTER STREET | MOBILE, AL 36604 | Joseph | Holmes |
| Victoria G. Holmes | 2100 COOKES LANE | MOBILE, AL 36693 | Victoria G. | Holmes |
| Charlie Horton | 1151 HUBERT PIERCE RD. | MOBILE, AL 36608 | Charlie | Horton |

Case 09-15000    Doc 421    Filed 05/14/14    Entered 05/14/14 10:53:08    Desc Main
Document    Page 6 of 15

| | | | | |
|---|---|---|---|---|
| Clayton Horton | 6833 SMITHTOWN ROAD | EIGHT MILE, AL 36613 | Clayton | Horton |
| Jason R. Horton | 1800 DAWES ROAD | MOBILE, AL 36695 | Jason R. | Horton |
| Jesse Horton | 1363 VALLARIS ST. | MOBILE, AL 36608 | Jesse | Horton |
| Tracy Houze | 900 DDWNTOWNER BLVD #518 | MOBILE, AL 36609 | Tracy | Houze |
| Pratt D. Howells | 4273 VEGA DRIVE | MOBILE, AL 36693 | Pratt D. | Howells |
| Carlis Howze | 1300 RIDGE | MOBILE, AL 36608 | Carlis | Howze |
| Carol Hughes | 4806 PRINCETON DR. | MOBILE, AL 36618 | Carol | Hughes |
| Eddie Hunter | 1205 STEWART ROAD | MOBILE, AL 36605 | Eddie | Hunter |
| Curtis Ivey | 4715 DIAMOND AVE. | MOBILE, AL 36619 | Curtis | Ivey |
| Leo Jackson | 560 MARCUS DR. | MOBILE, AL 36609 | Leo | Jackson |
| Michael Jackson | 856 DEER RUN DR. | SARALAND, AL 36571 | Michael | Jackson |
| Sheila M. Jackson | 5413 COLONIAL OAKS DRIVE, N. | MOBILE, AL 36618 | Sheila M. | Jackson |
| James A. Jacobs | 127 JOHNSTON STREET | CHICKASAW, AL 36611 | James A. | Jacobs |
| William A. James | 963 SENECA STREET | MOBILE, AL 36605 | William A. | James |
| Justin Jarvis | 2451 ROOT DRIVE E | SEMMES, AL 36641 | Justin | Jarvis |
| David Leon Johnson | 513 WHISTLER STREET | PRICHARD, AL 36610 | David Leon | Johnson |
| Ernest Johnson | 2810 BANKS AVENUE | MOBILE, AL 36617 | Ernest | Johnson |
| Stephen Johnson | 124 S. JOSEPH AVE. | PRICHARD, AL 36610 | Stephen | Johnson |
| Tywone O. Johnson | 2010 STEINER STREET | MOBILE, AL 36605-5123 | Tywone O. | Johnson |
| Bernadette Jones | 251 TRUMAN DRIVE | PRICHARD, AL 36610 | Bernadette | Jones |
| Betty Jones | 1498 NAVCO ROAD | MOBILE, AL 36605 | Betty | Jones |
| Gloria H. Jones | 1812 BARNES AVENUE | WHISTLER, AL 36612 | Gloria H. | Jones |
| Michael Jones | 2776 N. GRAFHILL DRIVE | MOBILE, AL 36606 | Michael | Jones |
| Raquel A. Jones | 705 S. WARREN STREET | MOBILE, AL 36603-1326 | Raquel A. | Jones |
| Charles Gallegher Kennedy | 5704 SHAIN STREET | MOBILE, AL 36609 | Charles Gallegher | Kennedy |
| Casey Kidd | 4602 BRUNSWICK DR | EIGHT MILE, AL 36613 | Casey | Kidd |
| Terron R. Kilpatrick | 4185 HIGHPOINT BLVD. | EIGHT MILE, AL 36613 | Terron R. | Kilpatrick |
| Leonard Kim | 900 DOWNTOWNER BLVD. | MOBILE, AL 36610 | Leonard | Kim |
| Dwight King | 825 OWENS ST | PRICHARD, AL 36610 | Dwight | King |
| Mazie Knight | 804 WENDOVER ROAD | MOBILE, AL 36608 | Mazie | Knight |
| Michael Knight | 6420-2 BAYOU ROAD | MOBILE, AL 36605 | Michael | Knight |
| Walter Knight | 822 UNIVERSITY BLVD $62 | MOBILE, AL 36609 | Walter | Knight |

5/13/2014 12:30 PM

Case 09-15000 Doc 421 Filed 05/14/14 Entered 05/14/14 10:53:08 Desc Main
Document Page 7 of 15

| | | | | |
|---|---|---|---|---|
| Sheila M. Kober | 5461 BELLEFIELD DR. N. | THEODORE, AL 36582 | Sheila M. | Kober |
| James Kountz | 6751 CREEL ROAD | THEODORE, AL 36582 | James | Kountz |
| Clifton Lambert | 6128 PALOMINO DRIVE | MOBILE, AL 36693 | Clifton | Lambert |
| Joshua Lambeth | 2705 WOODS ROAD | ATMORE, AL 36502 | Joshua | Lambeth |
| William G. Lambeth | 18805 OLD DAVISON ROAD | BAY MINETTE, AL 36507 | William G. | Lambeth |
| Stephen D. Lavender | 10760 HUNTERS CIRCLE W. | MOBILE, AL 36695 | Stephen D. | Lavender |
| Demetrius Law | 2657 N. TALLY CT. | MOBILE, AL 36606 | Demetrius | Law |
| Linda L. Ledoux | 1504 ADAMS STREET | MOBILE, AL 36603-1326 | Linda L. | Ledoux |
| Karen Lee | 9085 EASTWOOD DR. | SEMMES, AL 36641 | Karen | Lee |
| Austin Lesinger | 11801 BALSAM COURT | SPANISH FORT, AL 36527 | Austin | Lesinger |
| Arthur Lewis | 3005 WEST MAIN STREET | PRICHARD, AL 36610 | Arthur | Lewis |
| Darlene P. Lewis | 1579 E. OCTAVIA DRIVE | MOBILE, AL 36605 | Darlene P. | Lewis |
| Brian M. Lockett | 427 BIRMINGHAM STREET | PRICHARD, AL 36610 | Brian M. | Lockett |
| Ivan M. Lopez | 912 VAN AVENUE #527 | DAPHNE, AL 36526 | Ivan M. | Lopez |
| Fiara C. Lucky | 1405 DAUPHIN ISLAND PKWY | MOBILE, AL 36605-2256 | Fiara C. | Lucky |
| Linda Fay Lucy-West | 5300 DAVID LANGAN DR. S. | MOBILE, AL 36608 | Linda Fay | Lucy-West |
| Matthew Lunceford | 3661 LEROY STEVENS RD. | MOBILE, AL 36619 | Matthew | Lunceford |
| Matthew R. Lunceford | 3415 RIVIERE DU CHEIN LOOP NORTH | MOBILE, AL 36693 | Matthew R. | Lunceford |
| Joyce B. Lyles | 517 KATE STREET | PRICHARD, AL 36610-4029 | Joyce B. | Lyles |
| Joseph A. Lynch | 513 HILLVIEW ROAD | MOBILE, AL 36608 | Joseph A. | Lynch |
| Oliver Junior Mabien | 3913 MARTIN COURT | MOBILE, AL 36605 | Oliver Junior | Mabien |
| Willie Mabien | 616 VICKERS STREET | PRICHARD, AL 36610 | Willie | Mabien |
| Courtney Major | 4706 AUGUSTA DR | EIGHT MILE, AL 36613 | Courtney | Major |
| Yansean Malley | 785 BONNEVILLE DRIVE | MOBILE, AL 36695 | Yansean | Malley |
| Maxine Mark | 122 ALINE WOODYARD STREET | PRICHARD, AL 36610 | Maxine | Mark |
| Robert E. Martin | 237 S. JOSEPH AVENUE | PRICHARD, AL 36610 | Robert E. | Martin |
| Sander H. Mason III | 5504 WOODSIDE DRIVE N. | MOBILE, AL 36608-4329 | Sander H. | Mason, III |
| Mildred McCants | 8185 WINCHESTER WOODS CT | MOBILE, AL 36695 | Mildred | McCants |
| Joshua McCoy | 11745 C PRIVATE RD 115 | CHUNCHULA, AL 36521 | Joshua | McCoy |
| Ethel J. McNeil | 4538 CHARLES E. HALL DRIVE | EIGHT MILE, AL 36613 | Ethel J. | McNeil |
| Keith McPherson | 5680 VISTA BONITA DR SOUTH | MOBILE, AL 36609 | Keith | McPherson |
| Gwen McZeek-Foster | 2061 NOAH COURT | SEMMES, AL 36641 | Gwen | McZeek-Foster |

5/13/2014 12:30 PM

Case 09-15000   Doc 421   Filed 05/14/14   Entered 05/14/14 10:53:08   Desc Main
Document   Page 8 of 15

| | | | | |
|---|---|---|---|---|
| Jason Meade | 6700 WATERALL RD LOT 1 | EIGHT MILE, AL 36613 | Jason | Meade |
| Joseph Mendiola | 1716 PINE FOREST CT. | MOBILE, AL 36609 | Joseph | Mendiola |
| Mario Mendiola | 1496 BLACK ROCK RD. | LUVERNE, AL 36049 | Mario | Mendiola |
| Darnesha Mickles | 3638 PINEWOOD DRIVE | EIGHT MILE, AL 36613 | Darnesha | Mickles |
| Robert D. Miles | 2008 WOLFRIDGE ROAD #13 | EIGHT MILE, AL 36613 | Robert D. | Miles |
| James P. Miller | 6750 ISLEWOOD DRIVE | MOBILE, AL 36605 | James P. | Miller |
| Melvin Miller | 6964 AIRPORT BLVD APT B25 | MOBILE, AL 36608 | Melvin | Miller |
| Carol M. Mitchell | 6304 N. SUMMER PLACE DRIVE | MOBILE, AL 36618 | Carol M. | Mitchell |
| Darrius Mitchell | 2459 2ND AVENUE | MOBILE, AL 36617 | Darrius | Mitchell |
| Darneshia Moore | 1608 FORREST ST. | MOBILE, AL 36605 | Darneshia | Moore |
| Lance D. Morgan | 18325 KRCHAK #11 | ROBERTDALE, AL 36567 | Lance D. | Morgan |
| Johnathan Murphy | 1675 KNOLLWOOD DR. | MOBILE, AL 36609 | Johnathan | Murphy |
| Bobby Murray | 4016 W. MAIN ST. | PRICHARD, AL 36610 | Bobby | Murray |
| Suylvester Murray | 2412 CALEDONIA STREET | PRICAHRD, AL 36610 | Suylvester | Murray |
| Tyson Murray | 108 MILBURN CR | DAPHNE, AL 36526 | Tyson | Murray |
| Victor Myles | 301 SOUTHWEST BLVD | CHICKASAW, AL 36611 | Victor | Myles |
| Victor Sr., Myles | 301 SOUTHWEST BLVD | CHICKASAW, AL 36611 | Victor Sr., | Myles |
| Benjamin T. Neilsen | 900 DOWNTOWNER BLVD #67 | MOBILE, AL 36609 | Benjamin T. | Neilsen |
| Brenda Nettles | P.O. BOX 276 | CREOLA, AL 36525 | Brenda | Nettles |
| Tyler Newkirk | 16878 PRADO LOOP | LOXLEY, AL 36551 | Tyler | Newkirk |
| Ashante Nicholas | 1305 BROOKE AVE | MOBILE, AL 36605 | Ashante | Nicholas |
| Cameron K. Nicholas | 9105 VICK LANE | SEMMES, AL 36575 | Cameron K. | Nicholas |
| Monica Nichols | 702 ORCHARD CT. | PRICHARD, AL 36610 | Monica | Nichols |
| Cornel Onisa | 30000 TOWN CENTER AVE #317 | SPANISH FORT, AL 36527 | Cornel | Onisa |
| Chester H. Outlaw | 901 GAYFER AVENUE #118 | FAIRHOPE, AL 36532 | Chester H. | Outlaw |
| Justin Pablo | 32511 WILDFLOWER TR. | SPANISH FORT, AL 36527 | Justin | Pablo |
| Brandon E. Parden | 7760 CREEKWOOD DRIVE | MOBILE, AL 36695 | Brandon E. | Parden |
| Sammie Parrish | 1957 BRILL ROAD | MOBILE, AL 36605 | Sammie | Parrish |
| Marquis Parsons | 833 UNIVERSITY BLVD #163 | MOBILE, AL 36609 | Marquis | Parsons |
| Freddie L. Patrick | 1708 HANES STREET | PRICHARD, AL 36610 | Freddie L. | Patrick |
| Zechariah L. Patterson | 4209 CASSIMIR AVENUE D. | DIBERVILLE, MS 39540-2373 | Zechariah L. | Patterson |
| Bryan Pearman | 15075 EVELYNE ROAD | CITRONELLE, AL 36522 | Bryan | Pearman |

Case 09-15000    Doc 421    Filed 05/14/14    Entered 05/14/14 10:53:08    Desc Main
Document    Page 9 of 15

Case 09-15000    Doc 437    Filed 06/26/14    Entered 06/26/14 11:20:53    Desc Main
Document    Page 12 of 26

| | | | | |
|---|---|---|---|---|
| Tashaon Pettway | 4828 SCARBROUGH CIRCLE | MOBILE, AL 36618 | Tashaon | Pettway |
| Charles Phillips | 530 W SCOTT DR | SPANISH FORT, AL 36527 | Charles | Phillips |
| Lena Phillips | 15460 AMAZON ROAD | WILMER, AL 36587 | Lena | Phillips |
| Ricky M. Plant | 3910 DIAL STREET | WHISTLER, AL 36612 | Ricky M. | Plant |
| Albert Pledger | 1625 E FAURE DR | MOBILE, AL 36605 | Albert | Pledger |
| Steven J. Pledger | 626 GLENWOOD SE | MOBILE, AL 36606 | Steven J. | Pledger |
| William Poe | 3712 LACONIA LANE | MONTGOMERY, AL 36111 | William | Poe |
| Angelia Poelinitz | 907 CHARLESTON STREET | MOBILE, AL 36604 | Angelia | Poelinitz |
| Sharon Powe | P O BOX 726 | MOBILE, AL 36601 | Sharon | Powe |
| Daniel Prince | 4273 VEGA DRIVE | MOBILE, AL 36693 | Daniel | Prince |
| Bryan S. Pritchard | 1733 SIGLAR AVENUE | MOBILE, AL 36605 | Bryan S. | Pritchard |
| Tyra V. Pruitt | 1517 SHALIMAR ROAD | MOBILE, AL 36609 | Tyra V. | Pruitt |
| Jonathan B. Rabeau | 19465 GASTON STREET | CITRONELLE, AL 36522 | Jonathan B. | Rabeau |
| Jerrail Ramsey | 3901 MICHAEL BLVD #179 | MOBILE, AL 36609 | Jerrail | Ramsey |
| Kenneth L. Rand | 4106 BLACKWELL DRIVE W. | SEMMES, AL 36575 | Kenneth L. | Rand |
| Bernadette M. Ransom | 520 OSSIA EDWARDS | PRICHARD, AL 36610 | Bernadette M. | Ransom |
| James Ready | 2900 NEWMAN ROAD | MOBILE, AL 36695 | James | Ready |
| David Reed | 7014 VICTOR ROAD | MOBILE, AL 36608 | David | Reed |
| Russell Reed | 1601 NESHOTA DR. #51 | MOBILE, AL 36605 | Russell | Reed |
| Orlando Reese | 2804 NALL ST | MOBILE, AL 36607 | Orlando | Reese |
| Jeremy Richardson | 7720 THOMAS ROAD APT 1605 | MOBILE, AL 36695 | Jeremy | Richardson |
| John D. Rios | 807 SHELTON BEACH RD #28 | SARALAND, AL 36571 | John D. | Rios |
| Jeremiah Roberts | 151 FOREMAN ROAD #A-2 | MOBILE, AL 36608 | Jeremiah | Roberts |
| Don E. Rodgers | 207 HILLCREST RD APT #103 | MOBILE, AL 36608 | Don E. | Rodgers |
| James Rogers | PO BOX 283 | URIAH, AL 36480 | James | Rogers |
| Reginald Rogers | 1124 N. WILSON AVENUE | PRICHARD, AL 36610 | Reginald | Rogers |
| Robert Sanders | 1609 GILDA CIRCLE | MOBILE, AL 36618 | Robert | Sanders |
| Anita A. Sellers | 5064 OLD CITRONELLE HWY | EIGHT MILE, AL 36613 | Anita A. | Sellers |
| Willie A. Seltzer | 609 MONTGOMERY STREET | MOBILE, AL 36603 | Willie A. | Seltzer |
| William Sexton | 10930 N. RIDGE DR. | SEMMES, AL 36641 | William | Sexton |
| Larry Shell | 32514 BROWNS LANDING | SEMINOLE, AL 36574 | Larry | Shell |
| Ellis Showalter | 12104 PECAN GROVE | MAGNDUA SPRINGS, AL 36555 | Ellis | Showalter |

Case 09-15000   Doc 421   Filed 05/14/14   Entered 05/14/14 10:53:08   Desc Main
Document     Page 10 of 15

Case 09-15000   Doc 437   Filed 06/26/14   Entered 06/26/14 11:20:53   Desc Main
Document     Page 13 of 26

| | | | | |
|---|---|---|---|---|
| Eles Simon | 2120 BAKER ROAD | MOBILE, AL 36618 | Eles | Simon |
| Connie Mabins Smith | P.O. BOX 10213 | PRICHARD, AL 36610 | Connie Mabins | Smith |
| Douglas Smith | 7171 HAZELBROOK DRIVE, S. | MOBILE, AL 36619 | Douglas | Smith |
| Ethan Smith | 541 INDUSTRIAL DR. | ATMORE, AL 36502 | Ethan | Smith |
| Latonya Smith | 2234 RENEKE AVENUE | MOBILE, AL 36605 | Latonya | Smith |
| Stafford Smith | 2889 SOLLIE ROAD #1513 | MOBILE, AL 36695 | Stafford | Smith |
| Reniya Spencer | P. O. BOX 11232 | CHICKASAW, AL 36611 | Reniya | Spencer |
| Clifford Stephens | 20740 ODOM RD | CITRONELLE, AL 36522 | Clifford | Stephens |
| Mary Stephenson | 4660 TULANE DRIVE | MOBILE, AL 36618 | Mary | Stephenson |
| Joseph Stolfi | 7914 BURSTAFF ROAD | PENSACOLA, FL 32514 | Joseph | Stolfi |
| Andrew Stubbs | 308 GARDEN LANE APT W | CHICKASAW, AL 36611 | Andrew | Stubbs |
| Angelo Sullivan | 4775 N CAMPANELLA DR | THEODORE, AL 36582 | Angelo | Sullivan |
| RaiKesha Sullivan | 9930 WHIP POOR WILL DRIVE | SEMMES, AL 36641 | RaiKesha | Sullivan |
| Edith Sumlin | 222 N. LEEDS AVENUE | WHISTLER, AL 36612 | Edith | Sumlin |
| Michael B. Summerville | 14764 COUNTY RD 9 | SUMMERDALE, AL 36580 | Michael B. | Summerville |
| Jillian Swope | 1305 CENTRAL DRIVE | MOBILE, AL 36605 | Jillian | Swope |
| Cornelious Sylvester | 271 HILLCREST ROAD #35 | MOBILE, AL 36608 | Cornelious | Sylvester |
| Sharon Sylvester-Cooks | 1923 RYDERS LANE | MOBILE, AL 36605 | Sharon | Sylvester-Cooks |
| Tywanda Tate | 9703 CHAMBERS DRIVE | MOBILE, AL 36695 | Tywanda | Tate |
| Dustin Taylor | 13525 CR 55 | FOLEY, AL 36535 | Dustin | Taylor |
| John Taylor | 106 PENNBROOKE LOOP | FOLEY, AL 36535 | John | Taylor |
| Lakeyshia Taylor | 403 BROADWAY BLVD | PRICHARD, AL 36610 | Lakeyshia | Taylor |
| Patrick Taylor | P. O. BOX 22 | FULTON, AL 36446 | Patrick | Taylor |
| Sidney E. Taylor | 3981 BURMA ROAD | MOBILE, AL 36605 | Sidney E. | Taylor |
| Robert Thompson III | 6852 VICTOR ROAD | MOBILE, AL 36608 | Robert | Thompson III |
| Latesia Tinsley | 128 N CARLEN STREET | MOBILE, AL 36607 | Latesia | Tinsley |
| Lakita V. Trimble | 469 CREEK CIRCLE DR. E. | MOBILE, AL 36617 | Lakita V. | Trimble |
| Aaron Tucker | 5713 FOXFIRE LANE | MOBILE, AL 36618 | Aaron | Tucker |
| Jacqueshanda Tucker | 1503 COLGIN STREET | MOBILE, AL 36605 | Jacqueshanda | Tucker |
| Steven A. Tulo | 9021 SPICE POND ROAD EXT | SEMMES, AL 36575-4127 | Steven A. | Tulo |
| Tracey Turner | 109 APPOMATOX DRIVE | DAPHNE, AL 36526 | Tracey | Turner |
| David Vaughns | 901 WEST MAIN STREET | PRICHARD, AL 36610 | David | Vaughns |

Case 09-15000   Doc 421   Filed 05/14/14   Entered 05/14/14 10:53:08   Desc Main
Document   Page 11 of 15

Case 09-15000   Doc 437   Filed 06/26/14   Entered 06/26/14 11:20:53   Desc Main
Document   Page 14 of 26

| | | | | |
|---|---|---|---|---|
| Latoya Veal | 11221 RAGING BROOK DR. | BOWIE, MD 20720 | Latoya | Veal |
| Johnathan Waite | 351 MICHIGAN AVE | MOBILE, AL 36604 | Johnathan | Waite |
| Carolyn E. Walker | 1207 CLARA AVENUE | PRICHARD, AL 36610 | Carolyn E. | Walker |
| Donald Walker | 1054 S LOTT ROAD | CHUNCHULA, AL 36521 | Donald | Walker |
| Beverly Walters | 4512 GOLFWAY DRIVE | EIGHT MILE, AL 36613 | Beverly | Walters |
| Grenetta J. Ward | 4155 JAMMETT CIRCLE | EIGHT MILE, AL 36613 | Grenetta J. | Ward |
| George A. Washam | 10089 BELLINGRATH ROAD | THEODORE, AL 36582 | George A. | Washam |
| Russell J. Watson | 410 C E 2ND STREET | BAY MINETTE, AL 36507-4014 | Russell J. | Watson |
| Michael Webb | 7021 PRIVATE ROAD #275 | MOBILE, AL 36605 | Michael | Webb |
| Jeremy West | 129 BORDER DR. W. | MOBILE, AL 36608 | Jeremy | West |
| Joshua West | 1904 COLONIAL OAKS DRIVE, N. | MOBILE, AL 36618 | Joshua | West |
| Michael Westley | 23425 VAUGHN ROAD | ROBERTSDALE, AL 36567 | Michael | Westley |
| Courtney Westry | 5201 DODGE CT | MOBILE, AL 36693 | Courtney | Westry |
| Tameka White | 226 RIVERBEND DRIVE | MOBILE, AL 36605 | Tameka | White |
| Tameka I. White | 649 NEW JERSEY STREET, #10 | MOBILE, AL 36603-1356 | Tameka I. | White |
| Marvin Whitfield | 1180 SEMINOLE TRAIL SUITE 145 BX9 | CHARLOTTESVILLE, VA 22901 | Marvin | Whitfield |
| Jessie Wiley | 1307 N. CLOVERLEAF CIRCLE | MOBILE, AL 36605 | Jessie | Wiley |
| Darrell Williams | 1145 SEACLIFF DRIVE SDUTH | DAPHNE, AL 36526 | Darrell | Williams |
| Johnny Lee Williams | 311 DAKOTA STREET | PRICHARD, AL 36610 | Johnny Lee | Williams |
| Raquel Williams | 314 WEINACKER AVENUE APT A | MOBILE, AL 36604 | Raquel | Williams |
| Rex Williams | 1064 WILDWOOD AVENUE | MOBILE, AL 36609 | Rex | Williams |
| Shantel Williams | 1011 JESSIE STREET | MOBILE, AL 36617 | Shantel | Williams |
| Stanley L. Williams | 1007 DELWARE STREET | MOBILE, AL 36604 | Stanley L. | Williams |
| Tara A. Williams | 370 WEST STREET | MOBILE, AL 36604 | Tara A. | Williams |
| Timothy Williams | 5235 BRIERWOOD LN | SATSUMA, AL 36572 | Timothy | Williams |
| Genell W. Wilson | 859 SUMMERVILLE STREET | MOBILE, AL 36617 | Genell W. | Wilson |
| Rodney Wilson | 808 EDWARDS AVENUE | MOBILE, AL 36610 | Rodney | Wilson |
| Elizabeth Winkles | 124 IDLEWOOD DR | CHICKASAW, AL 36611 | Elizabeth | Winkles |
| Robbee Woodard | 9144 OSCAR THOMPSON RD | THEODORE, AL 36582 | Robbee | Woodard |
| Leon Woods | 513 GENERAL MAURY DRIVE | SPANISH FORT, AL 36527 | Leon | Woods |
| Leon A. Woods | 513 GENERAL MAURY DRIVE | SPANISH FORT, AL 36527 | Leon A. | Woods |
| Helen L. Wright | 1158 ANDERS DRIVE | MOBILE, AL 36608 | Helen L. | Wright |

5/13/2014 12:30 PM

| Paula Wyatt | 11733 GULF BEACH HIGHWAY | PENSACOLA, FL 32507 | Paula | Wyatt |
| Albert McCreary | 5706 Hwy 90 | Thodore, AL 36582 | Albert | McCreary |

5/13/2014 12:30 PM

# EXHIBIT

# B

# Press Register
## LEGAL AFFIDAVIT

Remit Payment to:
Alabama Media Group
P.O. Box 905924
Charlotte, NC 28290-5924

RUMBERGER, KIRK & CALDWELL P.C.
2204 LAKESHORE DRIVE  SUITE 125
BIRMINGHAM, AL 35209

Name:RUMBERGER, KIRK &
Account Number:2055329
Ad Number:0006091309

Sales Rep: Christine Bevins

Billing Inquiries Please Call: (251) 219-5433

| Date | Position | Description | P.O. Number | Ad Size | Total Cost |
|------|----------|-------------|-------------|---------|------------|
| 05/04/2014 | Other Legals | UNITED STATES BANKRUPTCY COURT In re: CITY OF PRICHARD, ALABAMA Debtor. | | 1 x 54 L | 317.30 |

Cynthia White being sworn, says that she is bookkeeper of Press Register which publishes a daily newspaper in the City and County of Mobile, State of Alabama: and attached notice appeared in the issue of

Press Register 04/20, 04/27, 05/04/2014

*Cynthia*

Sworn to and subscribed before me this 5th day of May 2014

*Brenda W. Cook*

NOTARY PUBLIC

FOR QUESTIONS CONCERNING THIS AFFIDAVIT,
PLEASE CALL CYNTHIA WHITE AT (251) 219-5405.
YOU CAN PLACE A LEGAL NOTICE BY EMAIL OR FAX:
LEGALS@ACSAL.COM OR FAX# (251) 219-5037

UNITED STATES BANKRUPTCY COURT
In re:
CITY OF PRICHARD, ALABAMA
Debtor.
Bankruptcy Case No.: 09-15000
Chapter 9 Proceeding
NOTICE OF DEADLINE FOR BALLOTS FOR ALL CREDITORS
PLEASE TAKE NOTICE OF THE FOLLOWING:
In accordance with an order entered on March 24, 2014, by the United States Bankruptcy Court for the Southern District of Alabama (the "Bankruptcy Court"), in the above-captioned Chapter 11 case has established certain dates regarding the proposed confirmation of the Debtor's Revised Sixth Amended Plan of Adjustment (the "Plan"). Specifically, the Bankruptcy Court has ordered a hearing on the Plan take place on June 3, 2014 at 8:30 a.m.. The Bankruptcy Court has further ordered that all ballots on the Plan be submitted to counsel for the Debtor no later than May 27, 2014 and all objections to the Plan be filed on or before May 27, 2014.
THIS NOTICE IS GIVEN TO ALL CREDITORS WHO BELIEVE THEY MAY HAVE A CLAIM AGAINST THE DEBTOR WHO OTHERWISE HAVE NOT RECEIVED A BALLOT.
Any person who wishes to receive a copy of the relevant Bankruptcy Court order, the Revised Sixth Amended Plan of Adjustment and Revised Sixth Amended Disclosure Statement, and ballot, must make a written request to counsel for the Debtor. Such written requests must be sent to:
R. Scott Williams
Rumberger, Kirk & Caldwell, PC
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, AL 35209
Upon request, counsel for the Debtor shall forward the requested documents to such parties.
The Revised Sixth Amended Plan of Adjustment seeks to revise and modify the legal rights of certain creditors. At the above-noted hearing, the Bankruptcy Court, upon a proper showing, may order the modification of such rights.
R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
Lakeshore Park Plaza
2204 Lakeshore Dr., Suite 125
Birmingham, AL 35209-6739
(205)327-5550
PR:4-20,4-27,5-4,2014

# EXHIBIT

# C

| NAME | ADDRESS | CITY, ST, ZIP |
|------|---------|---------------|
| Clarence J. Adams | 6624 BLAKELEY COURT | MOBILE, AL 36695-3296 |
| David V. Adams JR. | 5950 HARMON LANE | THEODORE, AL 36582 |
| Gail Ambrose | 7334 WILLOW POINTE DRIVE NORTH | MOBILE, AL 36695 |
| Michelle Anderson | 132 N. ANDERSON AVENUE | PRICHARD, AL 36610 |
| Willie E. Banks | 617 NEELY AVENUE | PRICAHRD, AL 36610 |
| Brian M. Beard | 6901 OVERLOOK ROAD | MOBILE, AL 36618 |
| Lorenzo Bennett JR. | 3661 Airport Blvd # 347 | MOBILE, AL 36608 |
| Fernando Billups | 550 MARKHAM DRIVE | MOBILE, AL 36609 |
| Michael D. Bowick | 110 6TH AVENUE | CHICKASAW, AL 36611 |
| Genevieve Boykin | 341 E. PETAIN STREET | PRICHARD, AL 36610 |
| Jessica M. Brandow | 657 DUMONT STREET | CHICKASAW, AL 36611 |
| Angela M. Brown | 3776 SELESTE DRIVE | MOBILE, AL 36618 |
| Carolyn Brown | 4715 E. SHARPLESS DRIVE | EIGHT MILE, AL 36613 |
| Maurice L. Brown | 4600 MICHAEL DRIVE | EIGHT MILE, AL 36613 |
| Christian T. Bryant | 432 HOUNDS RUN E. | MOBILE, AL 36608 |
| Clarence E. Burden | 2152 GIBSON STREET | MOBILE, AL 36617 |
| Stephen M. Butler | 59 SEMMES AVENUE | MOBILE, AL 36604 |
| Nathan B. Cain | 401 SANCTUARY CV | FAIRHOPE, AL 36532-7901 |
| Dallas R. Carl | 5708 KNIGHTS CT. | MOBILE, AL 36609 |
| Cody B. Carraway | 7 CYPRESS POND CIRCLE | FOLEY, AL 36535-2436 |
| Samuel A. Castleberry | 2120 WILDWOOD PLACE | MOBILE, AL 36605 |
| Fredrick Chambers | 10880 HEIDI CT. E. | GRAND BAY, AL 36541 |
| Aleksander Cika | 4007 MEADOW WOOD CURVE | MOBILE, AL 36609 |
| Robert Earl Crawford | 2411 BOYETT STREET | MOBILE, AL 36617 |
| Valerie Morris Crenshaw | 855 BANNEKER COURT | MOBILE, AL 36617 |
| Ashley M. Crittenden | 4363 E. BIRCHWOOD DRIVE | MOBILE, AL 36693 |
| Darlene Dinkins-Baker | 2411 CROSS STREET | MOBILE, AL 36610 |
| Nathaniel Doss | 4522 CHARLES HALL DRIVE | EIGHT MILE, AL 36613 |
| Bernadette B. Dubose | 2434 BREWTON AVENUE | MOBILE, AL 36617 |
| Samuel JL Ellison | 1300 SCHILLINGER ROAD, #D10 | MOBILE, AL 36695 |

| | | |
|---|---|---|
| Lenard J. Essex | 300 GARDEN LANE #D | CHICKASAW, AL 36611 |
| Marvin M. Evans | 9920 SOUTHFIELD RD | GRAND BAY, AL 36541-6116 |
| Codey R. Faircloth | 1500 HILLCREST ROAD #1236 | MOBILE, AL 36695 |
| Lionel Fantroy | 4215 MOFFETT ROAD APT #116 | MOBILE, AL 36618 |
| Dorothy A. Ferrell | 4712 HENRY ROAD | EIGHT MILE, AL 36613 |
| Elaine B. Godwin | 3624 VISTA RIDGE DRIVE | MOBILE, AL 36693 |
| Robert R. Golden Sr. | 10040 GULFCREST ROAD | CHUNCHULA, AL 36521 |
| Paula Green | 2201 CECELIA STREET | MOBILE, AL 36617 |
| Sammy Lee Green | 1417 AZALEA ROAD #120 | MOBILE, AL 36693 |
| John LeBarron Greggs | 2803 LECRENE STREET | MOBILE, AL 36607 |
| Cornuis Griggs | 1620 GILDA CIRCLE | MOBILE, AL 36618 |
| Taranja Griggs | 2724 EDGEWOOD STREET | MOBILE, AL 36607 |
| Ryan B. Haase | 29391 LOPER ROAD | LOXLEY, AL 36551 |
| David Hale | 906 SEMLER STREET | PRICHARD, AL 36610 |
| Chastity L. Harper | 1013 SUMMERVILLE STREET | MOBILE, AL 36617 |
| Marshall Scott Harris | 566 CRENSHAW STREET | MOBILE, AL 36606 |
| Natasha L. Hayward | 3222 WHISTLER STREET | WHISTLER, AL 36612 |
| Brandford W. Helveston | 4755 HUGGINS ROAD | WILMER, AL 36587 |
| Christopher B. Henning | 17500 HORSESHOE BEND | LOXLEY, AL 36551 |
| Joseph E. Herrin Jr. | 6075 CHILDREN STREET | MILTON, FL 32570 |
| Donna M. Hobson | 458 DEXTER AVENUE | MOBILE, AL 36604 |
| Martha Hollins | 2124 FELIX STREET | MOBILE, AL 36617 |
| Joseph Holmes | 1404 CENTER STREET | MOBILE, AL 36604 |
| Victoria G. Holmes | 2100 COOKES LANE | MOBILE, AL 36693 |
| Jason R. Horton | 1800 DAWES ROAD | MOBILE, AL 36695 |
| Pratt D. Howells | 4273 VEGA DRIVE | MOBILE, AL 36693 |
| Sheila M. Jackson | 5413 COLONIAL OAKS DRIVE, N. | MOBILE, AL 36618 |
| James A. Jacobs | 127 JOHNSTON STREET | CHICKASAW, AL 36611 |
| William A. James | 963 SENECA STREET | MOBILE, AL 36605 |
| David Leon Johnson | 513 WHISTLER STREET | PRICHARD, AL 36610 |
| Ernest Johnson | 2810 BANKS AVENUE | MOBILE, AL 36617 |
| Gloria H. Jones | 1812 BARNES AVENUE | WHISTLER, AL 36612 |

6/25/2014 3:50 PM

| | | |
|---|---|---|
| Raquel A. Jones | 705 S. WARREN STREET | MOBILE, AL 36603-1326 |
| Charles Gallegher Kennedy | 5704 SHAIN STREET | MOBILE, AL 36609 |
| Terron R. Kilpatrick | 4185 HIGHPOINT BLVD. | EIGHT MILE, AL 36613 |
| Leonard Kim | 900 DOWNTOWNER BLVD. | MOBILE, AL 36610 |
| Mazie Knight | 804 WENDOVER ROAD | MOBILE, AL 36608 |
| Michael Knight | 6420-2 BAYOU ROAD | MOBILE, AL 36605 |
| Walter Knight | 822 UNIVERSITY BLVD $62 | MOBILE, AL 36609 |
| Sheila M. Kober | 5461 BELLEFIELD DR. N. | THEODORE, AL 36582 |
| Clifton Lambert | 6128 PALOMINO DRIVE | MOBILE, AL 36693 |
| William G. Lambeth | 18805 OLD DAVISON ROAD | BAY MINETTE, AL 36507 |
| Stephen D. Lavender | 10760 HUNTERS CIRCLE W. | MOBILE, AL 36695 |
| Linda L. Ledoux | 1504 ADAMS STREET | MOBILE, AL 36603-1326 |
| Darlene P. Lewis | 1579 E. OCTAVIA DRIVE | MOBILE, AL 36605 |
| Brian M. Lockett | 427 BIRMINGHAM STREET | PRICHARD, AL 36610 |
| Ivan M. Lopez | 912 VAN AVENUE #527 | DAPHNE, AL 36526 |
| Fiara C. Lucky | 1405 DAUPHIN ISLAND PKWY | MOBILE, AL 36605-2256 |
| Linda Fay Lucy-West | 1723 Dover Street | Mobile, AL 36618 |
| Matthew R. Lunceford | 3415 RIVIERE DU CHEIN LOOP NORTH | MOBILE, AL 36693 |
| Joyce B. Lyles | 517 KATE STREET | PRICHARD, AL 36610-4029 |
| Joseph A. Lynch | 513 HILLVIEW ROAD | MOBILE, AL 36608 |
| Oliver Junior Mabien | 3913 MARTIN COURT | MOBILE, AL 36605 |
| Willie Mabien | 616 VICKERS STREET | PRICHARD, AL 36610 |
| Maxine Mark | 122 ALINE WOODYARD STREET | PRICHARD, AL 36610 |
| Sander H. Mason III | 5504 WOODSIDE DRIVE N. | MOBILE, AL 36608-4329 |
| Ethel J. McNeil | 4538 CHARLES E. HALL DRIVE | EIGHT MILE, AL 36613 |
| Robert D. Miles | 2008 WOLFRIDGE ROAD #13 | EIGHT MILE, AL 36613 |
| James P. Miller | 6750 ISLEWOOD DRIVE | MOBILE, AL 36605 |
| Carol M. Mitchell | 6304 N. SUMMER PLACE DRIVE | MOBILE, AL 36618 |
| Lance D. Morgan | 18325 KRCHAK #11 | ROBERTDALE, AL 36567 |
| Suylvester Murray | 2412 CALEDONIA STREET | PRICAHRD, AL 36610 |
| Victor Sr., Myles | 301 SOUTHWEST BLVD | CHICKASAW, AL 36611 |
| Benjamin T. Neilsen | 900 DOWNTOWNER BLVD #67 | MOBILE, AL 36609 |

6/25/2014 3:50 PM

| | | |
|---|---|---|
| Cameron K. Nicholas | 9105 VICK LANE | SEMMES, AL 36575 |
| Chester H. Outlaw | 901 GAYFER AVENUE #118 | FAIRHOPE, AL 36532 |
| Brandon E. Parden | 7760 CREEKWOOD DRIVE | MOBILE, AL 36695 |
| Sammie Parrish | 1957 BRILL ROAD | MOBILE, AL 36605 |
| Freddie L. Patrick | 1708 HANES STREET | PRICHARD, AL 36610 |
| Bryan Pearman | 15075 EVELYNE ROAD | CITRONELLE, AL 36522 |
| Tashaon Pettway | 4828 SCARBROUGH CIRCLE | MOBILE, AL 36618 |
| Ricky M. Plant | 3910 DIAL STREET | WHISTLER, AL 36612 |
| Steven J. Pledger | 626 GLENWOOD SE | MOBILE, AL 36606 |
| Angelia Poellnitz | 907 CHARLESTON STREET | MOBILE, AL 36604 |
| Bryan S. Pritchard | 1733 SIGLAR AVENUE | MOBILE, AL 36605 |
| Tyra V. Pruitt | 1517 SHALIMAR ROAD | MOBILE, AL 36609 |
| Jonathan B. Rabeau | 4715 Princeton Drive | Mobile, AL 36618 |
| Jerrail Ramsey | 3901 MICHAEL BLVD #179 | MOBILE, AL 36609 |
| Kenneth L. Rand | 4106 BLACKWELL DRIVE W. | SEMMES, AL 36575 |
| Bernadette M. Ransom | 520 OSSIA EDWARDS | PRICHARD, AL 36610 |
| John D. Rios | 7221 Cedar Drive | SARALAND, AL 36571 |
| Jeremiah Roberts | 151 FOREMAN ROAD #A-2 | MOBILE, AL 36608 |
| Don E. Rodgers | 207 HILLCREST RD APT #103 | MOBILE, AL 36608 |
| Reginald Rogers | 1124 N. WILSON AVENUE | PRICHARD, AL 36610 |
| Anita A. Sellers | 5064 OLD CITRONELLE HWY | EIGHT MILE, AL 36613 |
| Willie A. Seltzer | 609 MONTGOMERY STREET | MOBILE, AL 36603 |
| Connie Mabins Smith | P.O. BOX 10213 | PRICHARD, AL 36610 |
| Edith Sumlin | 222 N. LEEDS AVENUE | WHISTLER, AL 36612 |
| Michael B. Summerville | 14764 COUNTY RD 9 | SUMMERDALE, AL 36580 |
| Cornelious Sylvester | 271 HILLCREST ROAD #35 | MOBILE, AL 36608 |
| Sharon Sylvester-Cooks | 1923 RYDERS LANE | MOBILE, AL 36605 |
| Robert Thompson III | 6852 VICTOR ROAD | MOBILE, AL 36608 |
| Lakita V. Trimble | 469 CREEK CIRCLE DR. E. | MOBILE, AL 36617 |
| Steven A. Tulo | 9021 SPICE POND ROAD EXT | SEMMES, AL 36575-4127 |
| Carolyn E. Walker | 1207 CLARA AVENUE | PRICHARD, AL 36610 |
| Grenetta J. Ward | 4155 JAMMETT CIRCLE | EIGHT MILE, AL 36613 |

6/25/2014 3:50 PM

| | | |
|---|---|---|
| George A. Washam | 10089 BELLINGRATH ROAD | THEDDDRE, AL 36582 |
| Russell J. Watson | 410 C E 2ND STREET | BAY MINETTE, AL 36507-4014 |
| Tameka White | 226 RIVERBEND DRIVE | MDBILE, AL 36605 |
| Johnny Lee Williams | 311 DAKOTA STREET | PRICHARD, AL 36610 |
| Raquel Williams | 314 WEINACKER AVENUE APT A | MDBILE, AL 36604 |
| Shantel Williams | 1011 JESSIE STREET | MDBILE, AL 36617 |
| Stanley L. Williams | 1007 DELWARE STREET | MDBILE, AL 36604 |
| Tara A. Williams | 370 WEST STREET | MDBILE, AL 36604 |
| Genell W. Wilson | 859 SUMMERVILLE STREET | MDBILE, AL 36617 |
| Helen L. Wright | 1158 ANDERS DRIVE | MDBILE, AL 36608 |
| Lakisha V. Abrams | 313 W Foch Street | Prichard, AL 36610-1921 |
| Melanie A. Baldwin | 405 Charles Street | Mobile, AL 36604 |
| Timothy Edward Bellinger | 22023 Nelson Street | Robertsdale, AL 36567-3652 |
| Matthew M. Bray | 19183 E. Silverhill Ave. | Robertsdale, AL 36567 |
| Mark A. Clark | 3793 Seleste Dr. | Mobile, AL 36618 |
| Jason M. Cooley | 290 Laurel Drive | Mobile, AL 36617 |
| Jeffery J. Hill | 353 Cammel Street | Mobile, AL 36610-3529 |
| Frank C. Jackson | 2208 Shelby | Mobile, AL 36610 |
| Neal H. Jarman, Sr. | 12475 Wilmer Farm Road | WILMER, AL 36587 |
| Lorenzo A. Martin | 4448 Myers Road | EIGHT MILE, AL 36613 |
| George E. McCall, Jr. | 530 Singleton Street | Prichard, AL 36610 |
| Tiffany D. Mcintosh | 7899 Park Place Drive N. | Mobile, AL 36608 |
| Michael S. McLaughlin, Jr. | 7530 Creekwood Drive | Mobile, AL 36695-4060 |
| Senita C. Sullivan | 3650 Whispering Pines Rd. # 52D | Mobile, AL 36608-1151 |
| Robert B. Wenzinger | 3661 Airport Blvd # 206 | Mobile, AL 36608 |
| Terry K. West | 16945 Jackson Lane | CITRDNELLE, AL 36522 |
| Cathy Wiggins-Capers | 287 Siena Vista Street | Mobile, AL 36607 |
| Derrick L. Williams | 11600 Glover Street | Axis, AL 36505 |

6/25/2014 3:50 PM

# EXHIBIT

# D

| NAME | ADDRESS | CITY, ST, ZIP |
|------|---------|---------------|
| Willie E. Banks | 617 NEELY AVENUE | PRICAHRD, AL 36610 |
| Maurice L. Brown | 4600 MICHAEL DRIVE | EIGHT MILE, AL 36613 |
| Lucille Chatman | 2307 W. MAIN STREET | PRICHARD, AL 36610 |
| Ramona Collins | 312 BERTINA AVENUE | PRICHARD, AL 36610 |
| Valerie Morris Crenshaw | 855 BANNEKER COURT | MOBILE, AL 36617 |
| Nathaniel Doss | 4522 CHARLES HALL DRIVE | EIGHT MILE, AL 36613 |
| Dorothy A. Ferrell | 4712 HENRY ROAD | EIGHT MILE, AL 36613 |
| Marshall Scott Harris | 566 CRENSHAW STREET | MOBILE, AL 36606 |
| Charles Gallegher Kennedy | 5704 SHAIN STREET | MOBILE, AL 36609 |
| Darlene P. Lewis | 1579 E. OCTAVIA DRIVE | MOBILE, AL 36605 |
| Joyce B. Lyles | 517 KATE STREET | PRICHARD, AL 36610-4029 |
| Willie Mabien | 616 VICKERS STREET | PRICHARD, AL 36610 |
| Maxine Mark | 122 ALINE WOODYARD STREET | PRICHARD, AL 36610 |
| Ethel J. McNeil | 4538 CHARLES E. HALL DRIVE | EIGHT MILE, AL 36613 |
| Sammie Parrish | 1957 BRILL ROAD | MOBILE, AL 36605 |
| Freddie L. Patrick | 1708 HANES STREET | PRICHARD, AL 36610 |
| Bernadette Ransom | 520 OSSIA EDWARDS STREET | PRICHARD, AL 36610 |
| Anita A. Sellers | 5064 OLD CITRONELLE HWY | EIGHT MILE, AL 36613 |
| Linda Fay Lucy-West | 5300 DAVID LANGAN DR. S. | MOBILE, AL 36608 |